UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEETINGTV, INC., Plaintiff, v. KOI SECURITY INC., et al., Defendants. | Case No.: 26-cv-01705-AJB-MMP **ORDER GRANTING IN PART JOINT MOTION TO EXTEND TIME FOR ISRAELI DEFENDANTS TO ANSWER OR OTHERWISE RESPOND** (Doc. No. 61) |

Before the Court is the Joint Motion to Extend Time for Israeli Defendants to Answer or Otherwise Respond filed by Plaintiff MeetingTV, Inc., ("MeetingTV") and Defendants Koi Security Ltd., Amit Assaraf, Idan Dardikman, Tuval Admoni, and Gal Hachamov (collectively, "Israeli Defendants"). (Doc. No. 61.)

MeetingTV initiated this action on March 18, 2026. (Doc. No. 1.) On May 13, 2026, MeetingTV filed a first amended complaint. (Doc. No. 23.) MeetingTV did not effectuate service of the first amended complaint on any of the Israeli Defendants until October 13, 2026. (*See* Doc. No. 59-2.) The deadline for Assaraf to submit a filing responsive to the first amended complaint is November 3, 2026. (Doc. No. 59-2 at 2; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i).) The deadline for Dardikman to submit a filing responsive to the first

amended complaint is November 4, 2026. (Doc. No. 59-1 at 2; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i).)[1]

In the meantime, two other defendants (Koi Security, Inc., and Palo Alto Networks, Inc.) moved to dismiss MeetingTV's first amended complaint. (Doc. No. 40.) The motion is fully briefed. (Doc. Nos. 40; 51; 54.)

MeetingTV and the Israeli Defendants now ask the Court to continue the Israeli Defendants' deadlines to submit a filing responsive to the first amended complaint to either (1) thirty days after the Court's resolution of the pending motion to dismiss or (2) thirty days after MeetingTV files a second amended complaint. (Doc. No. 61 at 3.)

The motion does not comply with the Court's Civil Case Procedures.

> Requests to continue or reschedule a . . . date or deadline must be made by a motion filed **no less than 7 days prior to the date the parties seek to change** and include **specific details** addressing (1) the original date and proposed date; (2) good cause for the requested change; (3) the number of previous continuances and requests that have been made; (4) whether previous requests were granted or denied; (5) how this request will impact other dates or deadlines, and (6) how the parties fulfilled the Court's meet-and-confer requirement. Such a motion must be supported by a detailed declaration, explaining the specific reasons and averring that the meet and confer requirement was met.
>
> Requests made fewer than 7 days prior to the date the party seeks to change must address excusable neglect for the request's untimeliness.

J. Battaglia Civ. Case Proc. § IV.C. MeetingTV and the Israeli Defendants filed the present motion on November 3, 2026—the day of the first deadline they seek to continue. (*See* Doc. No. 61 at 4.) The parties do not identify the deadline(s) by which Koi Security Ltd., Tuval Admoni, or Gal Hachamov must submit a filing responsive to the first amended complaint. (*See generally* Doc. No. 61.) Nor do the parties address whether there is

---

[1] MeetingTV has not provided a proof of service for Koi Security Ltd., Tuval Admoni, or Gal Hachamov. (*See generally* Doc. No. 59.) However, the Court assumes that service has been effectuated on these defendants as attorney Heather J. Silver has appeared on their behalf. (Doc. No. 60.)

excusable neglect for the untimely nature of the request. (*See id.*) Indeed, it is unclear why the parties did not file the present motion sooner when "Defendants Amit Assaraf and Idan Dardikman transmitted the papers they were served to their counsel promptly after October 13, 2026, and October 14, 2026, respectively." (*Id.* at 4.)

Nevertheless, good cause appearing, the motion is **GRANTED IN PART**. (*Id.*) The Israeli Defendants must submit a filing responsive to MeetingTV's first amended complaint **within 30 days** of the Court's resolution of Koi Security, Inc.'s, and Palo Alto Networks, Inc.'s, motion to dismiss. The Court will set a separate schedule if it grants MeetingTV leave to file a second amended complaint.

The Court additionally admonishes counsel to review the undersigned's Civil Case Procedures. Future motions may be denied for non-compliance.

**IT IS SO ORDERED**.

Dated: November 4, 2026

Hon. Anthony J. Battaglia
United States District Judge